**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Monserrate<br>First name | First name |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | Hernandez<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2647 | |

Debtor 1   **Monserrate Hernandez** _____   Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **2530 W. Augusta Blvd**<br>**Chicago, IL 60622-1560**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Monserrate Hernandez**                                           Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Monserrate Hernandez**                                        Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

■ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Debtor 1    __Monserrate Hernandez__                                    Case number *(if known)*_____

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.**   **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   **Monserrate Hernandez**                          Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____       _____
**Monserrate Hernandez**                         Signature of Debtor 2
Signature of Debtor 1

Executed on _____       Executed on _____
                 MM / DD / YYYY                            MM / DD / YYYY

---

**Fill in this information to identify your case:**

Debtor 1     **Monserrate Hernandez**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number
(if known)    _____

☐ Check if this is an
   amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  | | **Unsecured claim** |
|---|---|---|

**1**

**IBT Fund LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?

2706 W Thomas
Chicago, IL 60622
Cook County

$ $150,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$300,000.00**
      Value of security:    - $ **$150,000.00**
      Unsecured claim    $ **$150,000.00**

**2**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

_____

What is the nature of the claim?

2646 W Augusta
Chicago, IL 60622
Cook County

$ $175,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Monserrate Hernandez** | Case number *(if known)* | |

| | | ☐ No |
| --- | --- | --- |
| _____ | | ■ Yes. Total claim (secured and unsecured) | $ **$325,000.00** |
| Contact | | Value of security: | - $ **$150,000.00** |
| _____ | | Unsecured claim | $ **$175,000.00** |
| Contact phone | | | |

---

**3** ▮

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

**What is the nature of the claim?**  **2651 W Augusta**  $ **$175,000.00**
**Chicago, IL 60622**
**Cook County**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____
☐ No
_____
Contact ■ Yes. Total claim (secured and unsecured) $ **$300,000.00**
_____ Value of security: - $ **$125,000.00**
Contact phone Unsecured claim $ **$175,000.00**

---

**4** ▮

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

**What is the nature of the claim?**  **3454 W North**  $ **$175,000.00**
**Chicago, IL 60647**
**Cook County**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____
☐ No
_____
Contact ■ Yes. Total claim (secured and unsecured) $ **$350,000.00**
_____ Value of security: - $ **$175,000.00**
Contact phone Unsecured claim $ **$175,000.00**

---

**5** ▮

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

**What is the nature of the claim?**  **2530 W Augusta**  $ **$500,000.00**
**Chicago, IL 60622**
**Cook County**
**Deficiency judgment**
**of 622,558.78**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____
☐ No
_____
Contact Yes. Total claim (secured and unsecured) $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**

Case number *(if known)*

---

|  | ■ |  |  | $500,000.00 |
| --- | --- | --- | --- | --- |
|  |  | Value of security: | - $ | $400,000.00 |
| Contact phone |  | Unsecured claim | $ | $500,000.00 |

---

**6**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

What is the nature of the claim?

**1809 W Augusta**
**Chicago, IL 60622**
**Cook County**

$ **$200,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$500,000.00**

Contact

Value of security:    - $ **$300,000.00**

Contact phone

Unsecured claim    $ **$200,000.00**

---

**7**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

What is the nature of the claim?

**2455-59 W Division**
**Chicago, IL 60622**
**Cook County**

$ **$150,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$450,000.00**

Contact

Value of security:    - $ **$300,000.00**

Contact phone

Unsecured claim    $ **$150,000.00**

---

**8**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

What is the nature of the claim?

**5239 W Congress**
**Chicago, IL 60644**
**Cook County**

$ **$145,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$150,000.00**

Contact

Value of security:    - $ **$5,000.00**

Contact phone

Unsecured claim    $ **$145,000.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                                 Case number *(if known)*

---

**9**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

What is the nature of the claim?   **2820 W Diversey**   $ **$140,000.00**
**Chicago, IL 60647**
**Cook County**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$340,000.00**
      Value of security:   - $ **$200,000.00**
      Unsecured claim   $ **$140,000.00**

Contact

Contact phone

---

**10**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

What is the nature of the claim?   **2652 W Cortez**   $ **$125,000.00**
**Chicago, IL 60622**
**Cook County**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$325,000.00**
      Value of security:   - $ **$200,000.00**
      Unsecured claim   $ **$125,000.00**

Contact

Contact phone

---

**11**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

What is the nature of the claim?   **2525 W Augusta**   $ **$100,000.00**
**Chicago, IL 60622**
**Cook County**
**In the name of Hector**
**and Maria Perez**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$500,000.00**
      Value of security:   - $ **$400,000.00**
      Unsecured claim   $ **$100,000.00**

Contact

Contact phone

---

**12**

What is the nature of the claim?   **2609 W Division**   $ **$100,000.00**

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**        Case number *(if known)*

**Chicago, IL 60622**
**Cook County**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$400,000.00**
  - Value of security:    - $ **$300,000.00**
  - Unsecured claim    $ **$100,000.00**

Contact

Contact phone

---

**13**

What is the nature of the claim?    **2522 W Fullerton**
**Chicago, IL 60647**
**Cook County**    $ **$100,000.00**

**IBT Funds LLC**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$325,000.00**
  - Value of security:    - $ **$225,000.00**
  - Unsecured claim    $ **$100,000.00**

Contact

Contact phone

---

**14**

What is the nature of the claim?    **1016 N California**
**Chicago, IL 60622**
**Cook County**    $ **$100,000.00**

**Inland Bank & Trust**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$350,000.00**
  - Value of security:    - $ **$250,000.00**
  - Unsecured claim    $ **$100,000.00**

Contact

Contact phone

---

**15**

What is the nature of the claim?    **2652 W Augusta**
**Chicago, IL 60622**
**Cook County**    $ **$214,100.00**

**Inland Bank & Trust**
**2805 Butterfield Road**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

**Oak Brook, IL 60523**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

■ Yes. Total claim (secured and unsecured)     $ **$238,100.00**
Value of security:                            - $ **$24,000.00**

Contact phone                                 Unsecured claim                $ **$214,100.00**

---

| 16 | | |
|----|----|----|

**Pan American Bank**
**1440 W North Ave**
**Melrose Park, IL 60160**

What is the nature of the claim?     **1937 N Karlov**        $ **$160,000.00**
                                     **Chicago, IL 60639**
                                     **Cook County**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

■ Yes. Total claim (secured and unsecured)     $ **$160,000.00**
Value of security:                            - $ **$0.00**

Contact phone                                 Unsecured claim                $ **$160,000.00**

---

| 17 | | |
|----|----|----|

**Pan American Bank**
**1440 W North Ave**
**Melrose Park, IL 60160**

What is the nature of the claim?     **215 W 115th Street**    $ **$80,000.00**
                                     **Chicago, IL 60628**
                                     **Cook County**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

■ Yes. Total claim (secured and unsecured)     $ **$80,000.00**
Value of security:                            - $ **$0.00**

Contact phone                                 Unsecured claim                $ **$80,000.00**

---

| 18 | | |
|----|----|----|

**TCF National Bank**
**1405 Xenius Lane**
**Minneapolis, MN 55441**

What is the nature of the claim?     **4838 W Cortland**      $ **$131,619.40**
                                     **Chicago, IL 60639**
                                     **Cook County**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Monserrate Hernandez**                              Case number *(if known)* _____

☐   None of the above apply

**Does the creditor have a lien on your property?**

☐   No

Contact _____  ■   Yes. Total claim (secured and unsecured)  $ **$321,619.40**
                                          Value of security:                    - $ **$190,000.00**
Contact phone _____          Unsecured claim                    $ **$131,619.40**

---

| 19 | | |
|---|---|---|

**TCF National Bank**                    **What is the nature of the claim?**    **1809 W Augusta**    $ **$383,587.00**
**1405 Xenius Lane**                                                              **Chicago, IL 60622**
**Minneapolis, MN 55441**                                                        **Cook County**

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
■   Disputed
☐   None of the above apply

**Does the creditor have a lien on your property?**

☐   No

Contact _____  ■   Yes. Total claim (secured and unsecured)  $ **$383,587.00**
                                          Value of security:                    - $ **$0.00**
Contact phone _____          Unsecured claim                    $ **$383,587.00**

---

| 20 | | |
|---|---|---|

                                         **What is the nature of the claim?**    **2530 W Augusta**    $ **$1,600,000.00**
                                                                                 **Chicago, IL 60622**
                                                                                 **Cook County**
                                                                                 **Deficiency judgment**
**Urban Partnership Bank**                                                       **of 622,558.78**
**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**                 **As of the date you file, the claim is:** Check all that apply
**Chicago, IL 60604**                    ☐   Contingent
                                         ☐   Unliquidated
                                         ■   Disputed
                                         ☐   None of the above apply

**Does the creditor have a lien on your property?**

☐   No

Contact _____  ■   Yes. Total claim (secured and unsecured)  $ **$2,000,000.00**
                                          Value of security:                    - $ **$400,000.00**
Contact phone _____          Unsecured claim                    $ **$1,600,000.00**

---

**Part 2:**  **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
**Monserrate Hernandez**                              Signature of Debtor 2
Signature of Debtor 1

Date _____                        Date _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monserrate Hernandez** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 7,661,107.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ 5,700.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $ 7,666,807.00 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 13,718,869.56 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 52,668.39 |
| **Your total liabilities** | $ 13,771,537.95 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................. | $ 17,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 15,000.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                      Case number *(if known)*

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                     $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

| Fill in this information to identify your case and this filing: |
| --- |

| Debtor 1 | **Monserrate Hernandez** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**2500 W. Thomas**
Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**
City                State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$300,000.00** | **$300,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

Debtor 1   **Monserrate Hernandez**                                    Case number *(if known)* _____

---

**If you own or have more than one, list here:**

1.2

**2455-59 W Division**

Street address, if available, or other description

**Chicago**          **IL**      **60622-0000**

City                State      ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300,000.00** | **$300,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
   (see instructions)

---

**If you own or have more than one, list here:**

1.3

**4935 W Ferdinand**

Street address, if available, or other description

**Chicago**          **IL**      **60622-0000**

City                State      ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50,000.00** | **$50,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
   (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.4

**5239 W Congress**
Street address, if available, or other description

**Chicago**            **IL**    **60644-0000**
City                    State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home

☑ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**
_____$5,000.00_____            _____$5,000.00_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
   (see instructions)

---

**If you own or have more than one, list here:**

1.5

**614 N Central Park**
Street address, if available, or other description

**Chicago**            **IL**    **60624-0000**
City                    State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home

☑ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**
_____$231,270.00_____            _____$231,270.00_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
   (see instructions)

Debtor 1    **Monserrate Hernandez**                                          Case number *(if known)*

**If you own or have more than one, list here:**

1.6

**3454 W North**

Street address, if available, or other description

**Chicago**          **IL**    **60647-0000**

City          State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other   **mixed use**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$175,000.00** | **$175,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property**
  (see instructions)

---

**If you own or have more than one, list here:**

1.7

**2706 W Thomas**

Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**

City          State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property**
  (see instructions)

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

---

1.8    **If you own or have more than one, list here:**

**2522 W Fullerton**
Street address, if available, or other description

**Chicago**          **IL**      **60647-0000**
City                State      ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$225,000.00          $225,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

1.9    **If you own or have more than one, list here:**

**2651 W Augusta**
Street address, if available, or other description

**Chicago**          **IL**      **60622-0000**
City                State      ZIP Code

**Cook**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$125,000.00          $125,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

### If you own or have more than one, list here:

**1.10**

**1016 N California**

Street address, if available, or other description

**Chicago**          **IL**      **60622-0000**

City            State      ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$250,000.00** | **$250,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

### If you own or have more than one, list here:

**1.11**

**2530 W. Augusta Blvd**

Street address, if available, or other description

**Chicago**          **IL**      **60622-1560**

City            State      ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$900,000.00** | **$900,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Monserrate Hernandez**

Case number *(if known)*

**If you own or have more than one, list here:**

1.12

**2612 W Cortez**

Street address, if available, or other description

**Chicago**          **IL**      **60622-0000**

City          State        ZIP Code

**Cook**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$225,000.00                                  $225,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property**
  (see instructions)

---

**If you own or have more than one, list here:**

1.13

**2646 W Augusta**

Street address, if available, or other description

**Chicago**          **IL**      **60622-0000**

City          State        ZIP Code

**Cook**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$150,000.00                                  $150,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)* _____

1.1
4    **If you own or have more than one, list here:**

**1801 W 33rd St**
_____
Street address, if available, or other description

**Chicago**              **IL**      **60608-0000**
_____
City                    State        ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$212,337.00** | **$212,337.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

- ☐ **Check if this is community property** (see instructions)

---

1.1
5    **If you own or have more than one, list here:**

**2609 W Division**
_____
Street address, if available, or other description

**Chicago**              **IL**      **60622-0000**
_____
City                    State        ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300,000.00** | **$300,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Monserrate Hernandez**

Case number *(if known)*

---

1.1
6

**If you own or have more than one, list here:**

**2530 W Augusta**
Street address, if available, or other description

**Chicago**          **IL**     **60622-0000**
City                 State   ZIP Code

**Cook**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Deficiency judgment of 622,558.78**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property** (see instructions)

---

1.1
7

**If you own or have more than one, list here:**

**2820 W Diversey**
Street address, if available, or other description

**Chicago**          **IL**     **60647-0000**
City                 State   ZIP Code

**Cook**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Monserrate Hernandez**                                          Case number *(if known)*

---

1.18

**If you own or have more than one, list here:**

**2652 W Cortez**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**
_____
City               State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

1.19

**If you own or have more than one, list here:**

**2525 W Augusta**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**
_____
City               State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**In the name of Hector and Maria Perez**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Monserrate Hernandez**

Case number *(if known)* _____

**If you own or have more than one, list here:**

1.20

**6402 S Marshfield**
Street address, if available, or other description

**Chicago**          **IL**     **60636-0000**
City                State     ZIP Code

**Cook**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.21

**1809 W Augusta**
Street address, if available, or other description

**Chicago**          **IL**     **60622-0000**
City                State     ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300,000.00** | **$300,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 11

Debtor 1   **Monserrate Hernandez**                                              Case number *(if known)*

---

1.2
2

**If you own or have more than one, list here:**

**6722 S Marshfield**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60612-0000**
_____
City              State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Victor Garcia**

☐ **Check if this is community property**
(see instructions)

**Combined in a loan package from Pan American Bank with 137 N Mozart.**

---

1.2
3

**If you own or have more than one, list here:**

_____
Street address, if available, or other description

**Chicago**          **IL**    **60639-0000**
_____
City              State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$260,000.00** | **$260,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Monserrate Hernandez**                                Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2
4

**936 N Pulaski**
_____
Street address, if available, or other description

**Chicago**            **IL**      **60651-0000**
_____
City                State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
**$50,000.00**                **$50,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
5

**5009 W Chicago Avenue**
_____
Street address, if available, or other description

**Chicago**            **IL**      **60651-0000**
_____
City                State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
**$90,000.00**                **$90,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
                                                          Best Case Bankruptcy

Debtor 1  **Monserrate Hernandez**                                    Case number *(if known)* _____

### 1.26  If you own or have more than one, list here:

**1312 W. 108th PL**
_____
Street address, if available, or other description


**Chicago**          **IL**    **60643-0000**
_____
City             State      ZIP Code


**Cook**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,000.00** | **$45,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property**
(see instructions)

### 1.27  If you own or have more than one, list here:

**4711 W Byron**
_____
Street address, if available, or other description


**Chicago**          **IL**    **60641-0000**
_____
City             State      ZIP Code


**Cook**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Gilberto Patino**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2
8

**8542 S Saginaw**
_____
Street address, if available, or other description

**Chicago**          **IL**     **60617-0000**
_____
City                State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?             portion you own?
**$30,000.00**            **$30,000.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
_____

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
9

**1003 N Francisco**
_____
Street address, if available, or other description

**Chicago**          **IL**     **60622-0000**
_____
City                State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?             portion you own?
**$150,000.00**           **$150,000.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
_____

☐ **Check if this is community property**
(see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 15

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.3
0

**915 W 54th Pl**
Street address, if available, or other description

**Chicago**          **IL**    **60609-0000**
City                 State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$40,000.00** | **$40,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.3
1

**5085 W Monroe**
Street address, if available, or other description

**Chicago**          **IL**    **60644-0000**
City                 State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500.00** | **$2,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                              Case number *(if known)*

---

**If you own or have more than one, list here:**

1.3
2

**8800 S. Mackinaw**

Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ☐ | Single-family home |
| ■ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Chicago**          **IL**     **60617-0000**

City              State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

**Unknown**                      **Unknown**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Cook**

County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.3
3

**7406 S. Langley**

Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ■ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Chicago**          **IL**     **60619-0000**

City              State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

**$140,000.00**                  **$140,000.00**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Cook**

County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1   **Monserrate Hernandez**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.34

**3627 W Shakespeare**
Street address, if available, or other description

**Chicago**          **IL**     **60647-0000**
City          State     ZIP Code

**Cook**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
$0.00                              $0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.35

**1038 N Springfield**
Street address, if available, or other description

**Chicago**          **IL**     **60651-0000**
City          State     ZIP Code

**Cook**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
$0.00                              $0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Monserrate Hernandez**

Case number *(if known)* _____

**If you own or have more than one, list here:**

1.3 6

**4946-48 W Harrison**

Street address, if available, or other description

**Chicago**          **IL**     **60644-0000**

City                 State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$0.00**          **$0.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.3 7

**1801 W 33rd PL**

Street address, if available, or other description

**Chicago**          **IL**     **60608-0000**

City                 State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$0.00**          **$0.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Monserrate Hernandez**                                    Case number *(if known)* _____

---

1.38   **If you own or have more than one, list here:**

**4201-11 W Iowa**
_____
Street address, if available, or other description

**Chicago**          **IL**   **60651-3522**
_____
City             State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

1.39   **If you own or have more than one, list here:**

**6835 S May**
_____
Street address, if available, or other description

**Chicago**          **IL**   **60621-0000**
_____
City             State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Monserrate Hernandez**                                        Case number *(if known)*

---

**1.40**

**If you own or have more than one, list here:**

**1409 N Pulaski**

Street address, if available, or other description

**Chicago**          **IL**    **60651-0000**

City                State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$80,000.00** | **$80,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**1.41**

**If you own or have more than one, list here:**

**3306 E 88th**

Street address, if available, or other description

**Chicago**          **IL**    **60617-3402**

City                State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                              page 21

Debtor 1 **Monserrate Hernandez**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.4 2

**1774 W Granville**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Chicago**        **IL**    **60660-0000**
_____
City            State      ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Cook**
_____
County

☐ **Check if this is community property**
  (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.4 3

**2652 W Augusta**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Chicago**        **IL**    **60622-0000**
_____
City            State      ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $24,000.00 | $24,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Cook**
_____
County

☐ **Check if this is community property**
  (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1    **Monserrate Hernandez**                                          Case number *(if known)*

---

1.4
4

**If you own or have more than one, list here:**

**7255 S Union**

Street address, if available, or other description

**Chicago**          **IL**      **60621-0000**

City                State        ZIP Code

**Cook**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$0.00                    $0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

1.4
5

**If you own or have more than one, list here:**

**6812 S Artesian**

Street address, if available, or other description

**Chicago**          **IL**      **60629-0000**

City                State        ZIP Code

**Cook**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$0.00                    $0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Debtor 1    **Monserrate Hernandez**                                          Case number *(if known)*  _____

---

**If you own or have more than one, list here:**

1.4
6

**1937 N Karlov**
_____
Street address, if available, or other description

**Chicago**          **IL**     **60639-0000**
_____
City              State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.4
7

**2820 W Diversey**
_____
Street address, if available, or other description

**Chicago**          **IL**     **60647-0000**
_____
City              State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Victor Garcia**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                     Case number *(if known)*

**If you own or have more than one, list here:**

1.48

**1038 N Springfield**
Street address, if available, or other description

**Chicago**              **IL**    **60651-0000**
City                    State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?         Current value of the portion you own?
**$30,000.00**                               **$30,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.49

**4838 W Cortland**
Street address, if available, or other description

**Chicago**              **IL**    **60639-0000**
City                    State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?         Current value of the portion you own?
**$190,000.00**                              **$190,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)* _____

### If you own or have more than one, list here:

1.50

**1809 W Augusta**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**
_____
City              State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**$0.00**                    **$0.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

1.51

**3454 W. North Ave**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60647-4842**
_____
City              State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**$0.00**                    **$0.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Monserrate Hernandez**                                          Case number *(if known)* _____

**1.5 2**

**If you own or have more than one, list here:**

**1774 W Granville**

Street address, if available, or other description

**Chicago**            **IL**    **60660-1120**

City                 State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

**1.5 3**

**If you own or have more than one, list here:**

**6405 S Marshfield**

Street address, if available, or other description

**Chicago**            **IL**    **60636-2718**

City                 State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

### If you own or have more than one, list here:

1.54

**5639 S May**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60621-1531**
_____
City          State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50,000.00** | **$50,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

### If you own or have more than one, list here:

1.55

**2609 W Division**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60622-2851**
_____
City          State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                      Case number *(if known)*

---

**If you own or have more than one, list here:**

1.56

**931 N Keystone**
Street address, if available, or other description

**Chicago**          **IL**    **60651-3635**
City                 State   ZIP Code

**Cook**
County

What is the property? Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$110,000.00** | **$110,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.57

**2646 W Augusta**
Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**
City                 State   ZIP Code

**Cook**
County

What is the property? Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Debtor 1    **Monserrate Hernandez**                                      Case number *(if known)* _____

---

1.5
8

**If you own or have more than one, list here:**

**4918 W Harrison**
_____
Street address, if available, or other description

**Chicago**              **IL**    **60644-0000**
_____
City              State       ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

- ☐ **Check if this is community property** (see instructions)

---

1.5
9

**If you own or have more than one, list here:**

**6417 S Honore**
_____
Street address, if available, or other description

**Chicago**              **IL**    **60636-0000**
_____
City              State       ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Monserrate Hernandez**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.6
0

**6832 S May Street**
_____
Street address, if available, or other description

**Chicago**          **IL**   **60621-0000**
_____
City              State     ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.6
1

**137 N Mozart**
_____
Street address, if available, or other description

**Chicago**          **IL**   **60612-0000**
_____
City              State     ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$296,000.00** | **$296,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property
(see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 31

Debtor 1   **Monserrate Hernandez**                                   Case number *(if known)* _____

**If you own or have more than one, list here:**

1.6
2

**931 N Keystone**
_____
Street address, if available, or other description

**Chicago**          **IL**      **60617-0000**
_____
City                State       ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.6
3

**4711 W Byron**
_____
Street address, if available, or other description

**Chicago**          **IL**      **60641-0000**
_____
City                State       ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$140,000.00** | **$140,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Monserrate Hernandez**

Case number *(if known)* _____

**If you own or have more than one, list here:**

1.6
4

**5639 S May**

Street address, if available, or other description

**Chicago**          **IL**    **60621-0000**

City          State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$0.00          $0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.6
5

**9614 N Central Park**

Street address, if available, or other description

**Chicago**          **IL**    **60622-0000**

City          State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$25,000.00          $25,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.6
6

**1801 W 33rd Street**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60608-0000**
_____
City          State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$50,000.00**      **$50,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.6
7

**2660 W Armitage**
_____
Street address, if available, or other description

**Chicago**          **IL**    **60647-0000**
_____
City          State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$125,000.00**      **$125,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Debtor 1 **Monserrate Hernandez**                                Case number *(if known)* _____

**1.68**

**If you own or have more than one, list here:**

**215 W 115th Street**
_____
Street address, if available, or other description

**Chicago**              **IL**      **60628-0000**
_____
City                    State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known:**
_____

☐ **Check if this is community property** (see instructions)

---

**1.69**

**If you own or have more than one, list here:**

**1038 N Springfield**
_____
Street address, if available, or other description

**Chicago**              **IL**      **60651-0000**
_____
City                    State      ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Arturo Magdeleno**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known:**
_____

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

| **$7,661,107.00** |
|---|

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevy** |
|-----|-------|-----------|
|     | Model: | **Tahoe** |
|     | Year: | **2002** |
|     | Approximate mileage: | **100000** |
|     | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

**$2,000.00**    **$2,000.00**

| 3.2 | Make: | **Chevy** |
|-----|-------|-----------|
|     | Model: | **Tahoe** |
|     | Year: | **2000** |
|     | Approximate mileage: | **100000** |
|     | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

**$1,500.00**    **$1,500.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................=>

**$3,500.00**

---

**Part 3:**  **Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Used furniture and cooking equipment | **$500.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| TV | **$100.00** |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

---

Official Form 106A/B                          Schedule A/B: Property                                    page 36

Debtor 1    **Monserrate Hernandez**    Case number *(if known)* _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Used clothing | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................    $1,100.00

| **Part 4:** | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

    **Cash**    $200.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....................    Institution name:

    17.1.  **Checking**    **Pan American Bank**    $900.00

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)* _____

18.  **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes.................    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
    joint venture**

    ■ No
    ☐ Yes.  Give specific information about them...................
                Name of entity:                            % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21.  **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
                Type of account:          Institution name:

22.  **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................    Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28.  **Tax refunds owed to you**

    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                                                _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                   Case number *(if known)* _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else

    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                    Company name:                    Beneficiary:              Surrender or refund
                                                                               value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**............................................................................................................

    | |
    |---|
    | **$1,100.00** |

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

---

Debtor 1    **Monserrate Hernandez**                                      Case number *(if known)*

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | **$7,661,107.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$3,500.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,100.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$1,100.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |

62.  **Total personal property.** Add lines 56 through 61...    **$5,700.00**    Copy personal property total    **$5,700.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    | **$7,666,807.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monserrate Hernandez** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**  **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2530 W Augusta Chicago, IL 60622 Cook County Deficiency judgment of 622,558.78** <br> Line from *Schedule A/B*: **1.16** | $400,000.00 | ☑ | $15,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| **2002 Chevy Tahoe 100000 miles** <br> Line from *Schedule A/B*: **3.1** | $2,000.00 | ☑ | $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **2002 Chevy Tahoe 100000 miles** <br> Line from *Schedule A/B*: **3.1** | $2,000.00 | ☑ | $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **2000 Chevy Tahoe 100000 miles** <br> Line from *Schedule A/B*: **3.2** | $1,500.00 | ☑ | $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **2000 Chevy Tahoe 100000 miles** <br> Line from *Schedule A/B*: **3.2** | $1,500.00 | ☑ | $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Used furniture and cooking equipment** <br> Line from *Schedule A/B*: **6.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **TV** <br> Line from *Schedule A/B*: **7.1** | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Used clothing** <br> Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| **Cash** <br> Line from *Schedule A/B*: **16.1** | $200.00 | ■ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐    No

    ☐    Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monserrate Hernandez** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106D</u>
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1  Arnold Scott Harris**
Creditor's Name

111 W Jackson Blvd
Suite 600
Chicago, IL 60604-4135
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

2642 N Fairfield Chicago, IL 60647 Cook County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Column A | Column B | Column C |
|---|---|---|
| $254.68 | $0.00 | $254.68 |

Date debt was incurred _____      Last 4 digits of account number   9819

**2.2  Bank of America**
Creditor's Name

PO Box 5179
CA 93069-5170
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

1038 N Springfield Chicago, IL 60651  Cook County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Mortgage

| Column A | Column B | Column C |
|---|---|---|
| $46,819.36 | $30,000.00 | $16,819.36 |

Date debt was incurred _____      Last 4 digits of account number   8426

Debtor 1  **Monserrate Hernandez**                                          Case number (if know) _____

First Name          Middle Name              Last Name

---

| 2.3 | **Chicago Title Land Trust** | Describe the property that secures the claim: | $1,570.00 | $250,000.00 | $1,570.00 |

Creditor's Name

**1016 N California Chicago, IL 60622 Cook County**

**10 South LaSalle Street Suite 2750 Chicago, IL 60603**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  **4004**

---

| 2.4 | **Chicago Title Land Trust** | Describe the property that secures the claim: | $1,645.00 | $225,000.00 | $1,645.00 |

Creditor's Name

**2612 W Cortez Chicago, IL 60622 Cook County**

**10 South LaSalle Street Suite 2750 Chicago, IL 60603**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  **3709**

---

| 2.5 | **Chicago Title Land Trust** | Describe the property that secures the claim: | $1,420.00 | $0.00 | $1,420.00 |

Creditor's Name

**5714-24 W Thomas Chicago, IL 60651  Cook County**

**10 South LaSalle Street Suite 2750 Chicago, IL 60603**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  **1300**

---

| 2.6 | **Chicago Title Land Trust** | Describe the property that secures the claim: | $3,330.00 | $80,000.00 | $3,330.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  **Monserrate Hernandez**

First Name          Middle Name          Last Name

Case number (if know) _____

---

Creditor's Name

**10 South LaSalle Street
Suite 2750
Chicago, IL 60603**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

| | 1409 N Pulaski Chicago, IL 60651 Cook County |
|---|---|

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.7 | **Chicago Title Land Trust Co.** | | $1,550.00 | $0.00 | $1,550.00 |
|---|---|---|---|---|---|

Creditor's Name

**10 South LaSalle
Suite 2750
Chicago, IL 60603**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

| 3627 W Shakespeare Chicago, IL 60647  Cook County |
|---|

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  **7270**

---

| 2.8 | **City of Chicago** | **Describe the property that secures the claim:** | $2,040.00 | $150,000.00 | $2,040.00 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **12/12/10**

| 2706 W Thomas Chicago, IL 60622 Cook County |
|---|

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Water bill**

Last 4 digits of account number  **2221**

---

| 2.9 | **City of Chicago** | **Describe the property that secures the claim:** | $240.00 | $260,000.00 | $0.00 |
|---|---|---|---|---|---|

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 52

Debtor 1  **Monserrate Hernandez**

Case number (if know) _____

First Name    Middle Name    Last Name

---

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **10/29/10**

**1937 N Karlov Chicago IL 60639 3 units $130,000**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Water bill**

Last 4 digits of account number  **6575**

---

| 2.10 | City of Chicago | | $2,254.67 | $30,000.00 | $2,254.67 |

Creditor's Name

Describe the property that secures the claim:

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**8542 S Saginaw 2 units $30,000**

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Water bill**

Date debt was incurred  **3/11 to 5/11**

Last 4 digits of account number  **2064;**

---

| 2.11 | City of Chicago | | $2,000.00 | $300,000.00 | $2,000.00 |

Creditor's Name

Describe the property that secures the claim:

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**2500 W. Thomas Chicago, IL 60622 Cook County**

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Water bill**

Date debt was incurred  _____

Last 4 digits of account number  **1074**

---

| 2.12 | City of Chicago | | $1,388.42 | $150,000.00 | $1,388.42 |

Describe the property that secures the claim:

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 52

Debtor 1  **Monserrate Hernandez**

First Name            Middle Name            Last Name            Case number (if know) _____

---

Creditor's Name

2646 W Augusta Chicago, IL 60622
Cook County

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Water bill**

Date debt was incurred  **7/11 to 8/11**     Last 4 digits of account number   **929A**

---

| 2.1 3 | City of Chicago | Describe the property that secures the claim: | $1,971.04 | $150,000.00 | $1,971.04 |

Creditor's Name

2646 W Augusta Chicago, IL 60622
Cook County

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **water bill**

Date debt was incurred  **2/12 to 3/12**     Last 4 digits of account number   **470a**

---

| 2.1 4 | City of Chicago | Describe the property that secures the claim: | $1,075.00 | $45,000.00 | $1,075.00 |

Creditor's Name

6832 S May St., Chicago IL 60621
$20,000 single family

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Water bill**

Date debt was incurred  **12/9/11**     Last 4 digits of account number   **153A**

---

| 2.1 5 | City of Chicago | Describe the property that secures the claim: | $1,388.42 | $150,000.00 | $1,388.42 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                     Case number (if know) _____
         First Name        Middle Name        Last Name

---

Creditor's Name

**121 N LaSalle**
**Room 900**
**Chicago, IL 60602**

Number, Street, City, State & Zip Code

**2646 W Augusta Chicago, IL 60622**
**Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Water bill**

Date debt was incurred   **7/11-9/12**      Last 4 digits of account number   **WD01**

---

| 2.1 6 | **City of Chicago** | Describe the property that secures the claim: | $898.35 | $150,000.00 | $898.35 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle**
**Room 900**
**Chicago, IL 60602**

Number, Street, City, State & Zip Code

**2646 W Augusta Chicago, IL 60622**
**Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **water bill**

Date debt was incurred   **4/25/13**      Last 4 digits of account number   **532A**

---

| 2.1 7 | **City of Chicago** | Describe the property that secures the claim: | $1,286.16 | $150,000.00 | $1,286.16 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle**
**Room 900**
**Chicago, IL 60602**

Number, Street, City, State & Zip Code

**2646 W Augusta Chicago, IL 60622**
**Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **water bill**

Date debt was incurred   **4/25/13**      Last 4 digits of account number   **471A**

---

| 2.1 8 | **City of Chicago** | Describe the property that secures the claim: | $684.88 | $150,000.00 | $684.88 |
|---|---|---|---|---|---|

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 6 of 52

Debtor 1  **Monserrate Hernandez**

First Name          Middle Name          Last Name

Case number (if know)

---

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred  **4/25/13**

**2646 W Augusta Chicago, IL 60622
Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **water bill**

Last 4 digits of account number  **470A**

---

| 2.19 | City of Chicago | Describe the property that secures the claim: | $857.93 | $30,000.00 | $857.93 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred  **9/18/13**

**931 N Keystone single family
$40,000**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **water bill**

Last 4 digits of account number  **162A;163A**

---

| 2.20 | City of Chicago | Describe the property that secures the claim: | $1,670.83 | $150,000.00 | $1,670.83 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred

**2646 W Augusta Chicago, IL 60622
Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **water bill**

Last 4 digits of account number  **177A;178A**

---

| 2.21 | City of Chicago | Describe the property that secures the claim: | $12,162.03 | $231,270.00 | $0.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez** _____     Case number (if know) _____

First Name          Middle Name          Last Name

---

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

Date debt was incurred   **1/30/14**

**614 N Central Park Chicago, IL
60624  Cook County**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **water bill**

Last 4 digits of account number   **A95A**

---

| 2.2 2 | **City of Chicago** | Describe the property that secures the claim: | $6,006.02 | $300,000.00 | $6,006.02 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

Date debt was incurred   **1/29/14**

**2500 W. Thomas Chicago, IL 60622
Cook County**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **water bill**

Last 4 digits of account number   **640A**

---

| 2.2 3 | **City of Chicago** | Describe the property that secures the claim: | $1,464.01 | $30,000.00 | $1,464.01 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

Date debt was incurred   _____

**931 N Keystone single family
$40,000**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Last 4 digits of account number   **161A**

---

| 2.2 4 | **City of Chicago** | Describe the property that secures the claim: | $4,110.00 | $5,000.00 | $4,110.00 |
|---|---|---|---|---|---|

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 52

Debtor 1    **Monserrate Hernandez**

First Name        Middle Name        Last Name

Case number (if know) _____

---

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **2/3/14**

**5239 W Congress Chicago, IL 60644
Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **041A**

---

| 2.2 5 | City of Chicago | Describe the property that secures the claim: | $340.00 | $2,500.00 | $340.00 |
|---|---|---|---|---|---|

Creditor's Name

**Streets & San
PO Box 71429
Chicago, IL 60694-1429**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**5085 W Monroe Chicago, IL 60644
Cook County
Vacant lot**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **sSan**

---

| 2.2 6 | City of Chicago | Describe the property that secures the claim: | $2,440.00 | $2,500.00 | $2,440.00 |
|---|---|---|---|---|---|

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**5085 W Monroe Chicago, IL 60644
Cook County
Vacant lot**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **692L**

---

| 2.2 7 | City of Chicago | Describe the property that secures the claim: | $1,600.27 | $110,000.00 | $0.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name          Middle Name          Last Name

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**931 N Keystone Chicago, IL
60651-3635  Cook County**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **62AQ** _____

---

| 2.28 | **City of Chicago** | Describe the property that secures the claim: | $3,169.13 | $80,000.00 | $3,169.13 |

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**1409 N Pulaski Chicago, IL 60651
Cook County**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **A46A** _____

---

| 2.29 | **City of Chicago** | Describe the property that secures the claim: | $847.91 | $0.00 | $847.91 |

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**2646 W Augusta Chicago, IL 60622
Cook County**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **177A** _____

---

| 2.30 | **City of Chicago** | Describe the property that secures the claim: | $2,340.00 | $5,000.00 | $2,340.00 |

Debtor 1    **Monserrate Hernandez**

First Name      Middle Name      Last Name

Case number (if know) _____

---

Creditor's Name

**121 N LaSalle
Room 900
Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**4918 W Harrison Chicago, IL 60644
Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **835l**

---

| 2.3 1 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $8,752.17 | $30,000.00 | $8,752.17 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**6722 S Marshfield Chicago IL 60636
2**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **0756**

---

| 2.3 2 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $2,209.54 | $300,000.00 | $2,209.54 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**2455-59 W Division Chicago, IL
60622  Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **9156**

---

| 2.3 3 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $6,641.28 | Unknown | Unknown |
|---|---|---|---|---|---|

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 11 of 52

| Debtor 1 | **Monserrate Hernandez** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Creditor's Name | **8800 S. Mackinaw Chicago, IL 60617 Cook County** |
|---|---|

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   **4062**

---

| 2.3 4 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | **$2,000.00** | **$140,000.00** | **$0.00** |
|---|---|---|---|---|---|

| Creditor's Name | **7406 S Langley** |
|---|---|

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   **5548**

---

| 2.3 5 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | **$5,834.18** | **$225,000.00** | **$5,834.18** |
|---|---|---|---|---|---|

| Creditor's Name | **2612 W Cortez Chicago, IL 60622 Cook County** |
|---|---|

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   **8942**

---

| 2.3 6 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | **$8,858.65** | **$0.00** | **$8,858.65** |
|---|---|---|---|---|---|

---

Debtor 1   **Monserrate Hernandez**
　　　　　　First Name　　　Middle Name　　　　Last Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | |
| | **As of the date you file, the claim is:** Check all that apply. |
| **PO Box 6330** | ☐ Contingent |
| **Chicago, IL 60680-6330** | ☐ Unliquidated |
| Number, Street, City, State & Zip Code | ■ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ■ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |

Date debt was incurred _____   Last 4 digits of account number   **6279**

---

| 2.3 7 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $10,038.68 | $150,000.00 | $10,038.68 |
|---|---|---|---|---|---|
| | Creditor's Name | **1003 N Francisco Chicago, IL 60622 Cook County** | | | |

| | |
|---|---|
| **PO Box 6330** | **As of the date you file, the claim is:** Check all that apply. |
| **Chicago, IL 60680-6330** | ☐ Contingent |
| Number, Street, City, State & Zip Code | ☐ Unliquidated |
| | ■ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ■ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |

Date debt was incurred _____   Last 4 digits of account number   **6289**

---

| 2.3 8 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $3,701.49 | $0.00 | $3,701.49 |
|---|---|---|---|---|---|
| | Creditor's Name | **3627 W Shakespeare Chicago, IL 60647  Cook County** | | | |

| | |
|---|---|
| **PO Box 6330** | **As of the date you file, the claim is:** Check all that apply. |
| **Chicago, IL 60680-6330** | ☐ Contingent |
| Number, Street, City, State & Zip Code | ☐ Unliquidated |
| | ■ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ■ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |

Date debt was incurred _____   Last 4 digits of account number   **5619**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**

    First Name        Middle Name        Last Name                      Case number (if know)

---

| 2.3 9 | **City of Chicago Dept of Finance** | | $24.84 | $0.00 | $24.84 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> 1038 N Springfield Chicago, IL 60651  Cook County

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number**   **0629**

---

| 2.4 0 | **City of Chicago Dept of Finance** | | $7,931.12 | $300,000.00 | $7,931.12 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> 2609 W Division Chicago, IL 60622 Cook County

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number**   **8070**

---

| 2.4 1 | **City of Chicago Dept of Finance** | | $4,677.86 | $45,000.00 | $4,677.86 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> 6832 S May

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number**   **9983**

---

Official Form 106D       **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**       page 14 of 52

| Debtor 1 | **Monserrate Hernandez** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 2 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $15,166.16 | $0.00 | $15,166.16 |
|---|---|---|---|---|---|

Creditor's Name

**4946-48 W Harrison Chicago, IL 60644  Cook County**

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.4 3 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $35,815.08 | $231,270.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**614 N Central Park Chicago, IL 60624  Cook County**

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **water bill**

Date debt was incurred _____    Last 4 digits of account number    **1268**

---

| 2.4 4 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $9,191.26 | $30,000.00 | $9,191.26 |
|---|---|---|---|---|---|

Creditor's Name

**137 N Mozart Chicago IL 60612 1 unit $80,000**

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **2316**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 52

Debtor 1  **Monserrate Hernandez**
   First Name        Middle Name        Last Name

Case number (if know) _____

---

| 2.4 5 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $2,340.46 | $0.00 | $2,340.46 |

Creditor's Name

**1801 W 33rd PL Chicago, IL 60608 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.4 6 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $5,217.49 | $30,000.00 | $5,217.49 |

Creditor's Name

**6402 S Marshfield Chicago, IL 60636 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    **6605**

---

| 2.4 7 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $8,780.91 | $0.00 | $8,780.91 |

Creditor's Name

**4201-11 W Iowa Chicago, IL 60651-3522  Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    **2472**

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 16 of 52

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____
          First Name        Middle Name         Last Name

| 2.4 8 | **City of Chicago Dept of Finance** | | $3,906.83 | $175,000.00 | $3,906.83 |

Creditor's Name

Describe the property that secures the claim:

> **3454 W North Chicago, IL 60647 Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   5052

---

| 2.4 9 | **City of Chicago Dept of Finance** | | $10,126.74 | $0.00 | $10,126.74 |

Creditor's Name

Describe the property that secures the claim:

> **6835 S May Chicago, IL 60621  Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   0006

---

| 2.5 0 | **City of Chicago Dept of Finance** | | $13,151.00 | $80,000.00 | $13,151.00 |

Creditor's Name

Describe the property that secures the claim:

> **1409 N Pulaski Chicago, IL 60651 Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   9830

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 17 of 52

Debtor 1    **Monserrate Hernandez**                                              Case number (if know) _____

    First Name         Middle Name         Last Name

---

| 2.5 1 | **City of Chicago Dept of Finance** | | $747.40 | $300,000.00 | $747.40 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe the property that secures the claim:**

| **1809 W Augusta Chicago, IL 60622 Cook County** |
| --- |

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    **Last 4 digits of account number**   **5301**

---

| 2.5 2 | **City of Chicago Dept of Finance** | | $2,408.78 | $225,000.00 | $2,408.78 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe the property that secures the claim:**

| **2522 W Fullerton Chicago, IL 60647 Cook County** |
| --- |

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    **Last 4 digits of account number**   **6192**

---

| 2.5 3 | **City of Chicago Dept of Finance** | | $8,320.32 | $150,000.00 | $8,320.32 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe the property that secures the claim:**

| **2646 W Augusta Chicago, IL 60622 Cook County** |
| --- |

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    **Last 4 digits of account number**   **3886**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Monserrate Hernandez** | | Case number (if know) | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

---

| 2.5 4 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $4,491.73 | $0.00 | $4,491.73 |
|---|---|---|---|---|---|

**City of Chicago Dept of Finance**
Creditor's Name

Describe the property that secures the claim:
**2706 W Thomas Chicago, IL 60622 Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **9250**

---

**City of Chicago Dept of Finance**
Creditor's Name

2.5 5    $4,570.57   $150,000.00   $4,570.57

Describe the property that secures the claim:
**2706 W Thomas Chicago, IL 60622 Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **9250**

---

**City of Chicago Dept of Finance**
Creditor's Name

2.5 6    $15,141.99   $300,000.00   $15,141.99

Describe the property that secures the claim:
**2500 W. Thomas Chicago, IL 60622 Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **9219**

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 19 of 52

Debtor 1   **Monserrate Hernandez**                                          Case number (if know) _____
    First Name        Middle Name       Last Name

---

| 2.5 7 | **City of Chicago Dept of Finance** | | $1,239.63 | $400,000.00 | $1,239.63 |

Creditor's Name

**Describe the property that secures the claim:**

> **2530 W Augusta Chicago, IL 60622**
> **Cook County**
> **Deficiency judgment of 622,558.78**

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **7522**

---

| 2.5 8 | **City of Chicago Dept of Finance** | | $2,121.29 | $250,000.00 | $2,121.29 |

Creditor's Name

**Describe the property that secures the claim:**

> **1016 N California Chicago, IL 60622**
> **Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **7976**

---

| 2.5 9 | **City of Chicago Dept of Finance** | | $207.62 | $0.00 | $207.62 |

Creditor's Name

**Describe the property that secures the claim:**

> **3306 E 88th Chicago, IL 60617-3402**
> **Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **4070**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 52

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name        Middle Name         Last Name

---

| 2.60 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $15,015.72 | $125,000.00 | $15,015.72 |
|---|---|---|---|---|---|

Creditor's Name

**2651 W Augusta Chicago, IL 60622 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number   **9297**

---

| 2.61 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $13,593.42 | $0.00 | $13,593.42 |
|---|---|---|---|---|---|

Creditor's Name

**2651 W Augusta Chicago, IL 60622 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number   **9297**

---

| 2.62 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $10,534.91 | $24,000.00 | $10,534.91 |
|---|---|---|---|---|---|

Creditor's Name

**2652 W Augusta Chicago, IL 60622 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 21 of 52

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name     Middle Name     Last Name

---

Date debt was incurred _____   Last 4 digits of account number   **3885**

---

| 2.6 3 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | **$2,904.06** | **$0.00** | **$2,904.06** |

Creditor's Name

**7255 S Union Chicago, IL 60621 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Date debt was incurred _____   Last 4 digits of account number   **5682**

---

| 2.6 4 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | **$5,553.66** | **$0.00** | **$5,553.66** |

Creditor's Name

**6812 S Artesian Chicago, IL 60629 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Date debt was incurred _____   Last 4 digits of account number   **6411**

---

| 2.6 5 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | **$16,963.21** | **$0.00** | **$16,963.21** |

Creditor's Name

**1937 N Karlov Chicago, IL 60639 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1 **Monserrate Hernandez**          Case number (if know) _____
   First Name      Middle Name      Last Name

☐ **Check if this claim relates to a**     ☑ Other (including a right to offset)  **water bill**
   **community debt**

Date debt was incurred _____    Last 4 digits of account number  **4110**

---

| 2.6 6 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $9,472.04 | $30,000.00 | $9,472.04 |
|---|---|---|---|---|---|

Creditor's Name

**8542 S Saginaw**

PO Box 6330
Chicago, IL 60680-6330
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number  **8969**

---

| 2.6 7 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $11,002.39 | $2,500.00 | $8,502.39 |
|---|---|---|---|---|---|

Creditor's Name

**5085 W Monroe Chicago, IL 60644
Cook County
Vacant lot**

PO Box 6330
Chicago, IL 60680-6330
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number  **4404**

---

| 2.6 8 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $4,392.58 | $30,000.00 | $4,392.58 |
|---|---|---|---|---|---|

Creditor's Name

**931 N Keystone single family
$40,000**

PO Box 6330
Chicago, IL 60680-6330
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

---

Debtor 1  **Monserrate Hernandez**                                    Case number (if know) _____

First Name        Middle Name              Last Name

☐ At least one of the debtors and another          ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                 ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred _____   Last 4 digits of account number   **5943**

---

| 2.6 9 | **City of Chicago Dept of Finance** | | | |
|---|---|---|---|---|

**City of Chicago Dept of Finance**

Creditor's Name

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$11,977.28**   **$200,000.00**   **$11,977.28**

> **2652 W Cortez Chicago, IL 60622
> Cook County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                               car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a         ☐ Judgment lien from a lawsuit
   community debt            ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **8960**

---

| 2.7 0 | **City of Chicago Dept of Finance** | | | |
|---|---|---|---|---|

**City of Chicago Dept of Finance**

Creditor's Name

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$3,586.50**   **$0.00**   **$3,586.50**

> **11428 S Wentworth Chicago, IL
> 60628  Cook County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                               car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ■ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a         ☐ Judgment lien from a lawsuit
   community debt            ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **0707**

---

| 2.7 1 | **City of Chicago Dept of Finance** | | | |
|---|---|---|---|---|

**City of Chicago Dept of Finance**

Creditor's Name

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$11,208.06**   **$90,000.00**   **$1,208.06**

> **5009 W Chicago Avenue Chicago, IL
> 60651  Cook County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                               car loan)
☐ Debtor 1 and Debtor 2 only               ☐ Statutory lien (such as tax lien, mechanic's lien)

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 52

Debtor 1 **Monserrate Hernandez**                         Case number (if know) _____

First Name         Middle Name         Last Name

☐ At least one of the debtors and another          ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                 ☐ Other (including a right to offset) _____
   community debt

**Date debt was incurred** _____   **Last 4 digits of account number**   **2569**

---

| 2.7 2 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $4,677.00 | $0.00 | $4,677.00 |
|---|---|---|---|---|---|

Creditor's Name

**3310 E 88th Pl Chicago, IL 60617
Cook County**

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only             car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another          ■ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a                 ☐ Judgment lien from a lawsuit
   community debt          ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number**   **4072**

---

| 2.7 3 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $3,425.56 | $0.00 | $3,425.56 |
|---|---|---|---|---|---|

Creditor's Name

**2820 W Diversey Chicago, IL 60647
Cook County
Victor Garcia**

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only             car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another          ■ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a                 ☐ Judgment lien from a lawsuit
   community debt          ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number**   **5962**

---

| 2.7 4 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $7,581.93 | $50,000.00 | $7,581.93 |
|---|---|---|---|---|---|

Creditor's Name

**4935 W Ferdinand Chicago, IL 60622
Cook County**

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only             car loan)

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 25 of 52

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____
    First Name     Middle Name     Last Name

☐ Debtor 1 and Debtor 2 only      ■ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
■ Check if this claim relates to a      ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred _____   Last 4 digits of account number  **2141**

---

| 2.75 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $10,044.48 | $0.00 | $10,044.48 |
|------|--------------------------------------|-----------------------------------------------|------------|-------|------------|

Creditor's Name

**2642 N Fairfield Chicago, IL 60647
Cook County**

**PO Box 6330
Chicago, IL 60680-6330**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number  **4910**

---

| 2.76 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $21,413.89 | $0.00 | $21,413.89 |
|------|--------------------------------------|-----------------------------------------------|------------|-------|------------|

Creditor's Name

**5714-24 W Thomas Chicago, IL
60651  Cook County**

**PO Box 6330
Chicago, IL 60680-6330**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **water bill**

Date debt was incurred _____   Last 4 digits of account number  **5040**

---

| 2.77 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $6,396.83 | $50,000.00 | $6,396.83 |
|------|--------------------------------------|-----------------------------------------------|-----------|------------|-----------|

Creditor's Name

**936 N Pulaski Chicago, IL 60651
Cook County**

**PO Box 6330
Chicago, IL 60680-6330**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 26 of 52

Debtor 1    **Monserrate Hernandez**                                                    Case number (if know) _____

First Name          Middle Name          Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **5924**

---

| 2.7 8 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $11,578.79 | $5,000.00 | $11,578.79 |
|---|---|---|---|---|---|

Creditor's Name

**5239 W Congress Chicago, IL 60644 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **8569**

---

| 2.7 9 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $8,465.57 | $45,000.00 | $8,465.57 |
|---|---|---|---|---|---|

Creditor's Name

**1312 W 108th Pl., Chicago IL 60643 $20,000 single family**

**PO Box 6330 Chicago, IL 60680-6330**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **water bill** _____

Date debt was incurred _____    Last 4 digits of account number    **1120**

---

| 2.8 0 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $640.00 | $225,000.00 | $640.00 |
|---|---|---|---|---|---|

Creditor's Name

**2612 W Cortez Chicago, IL 60622 Cook County**

**PO Box 6330 Chicago, IL 60680-6330**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 27 of 52

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name         Middle Name         Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **uncut weeds**       Last 4 digits of account number   **346L**

| 2.8 1 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $17,927.45 | $0.00 | $17,927.45 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1774 W Granville Chicago, IL 60660-1120  Cook County**

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **3204**

| 2.8 2 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $5,716.45 | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**6405 S Marshfield Chicago, IL 60636-2718  Cook County**

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **6605**

| 2.8 3 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $4,965.66 | $0.00 | $4,965.66 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**5805 S Aberdeen Chicago, IL 60621-1427  Cook County**

**PO Box 6330
Chicago, IL 60680-6330**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check that apply.
- ☐ Contingent
- ☐ Unliquidated

Official Form 106D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 28 of 52

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name          Middle Name          Last Name

■ Disputed

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.

■ Debtor 1 only                                 ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                     car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another       ☐ Statutory lien (such as tax lien, mechanic's lien)
■ Check if this claim relates to a             ☐ Judgment lien from a lawsuit
   community debt                               ☐ Other (including a right to offset) _____

**Date debt was incurred** _____          Last 4 digits of account number   **4243**

---

| 2.8 4 | **City of Chicago Dept of Finance** | | $4,661.93 | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

┌─────────────────────────────────┐
│ **5639 S May Chicago, IL 60621-1531** │
│ **Cook County** │
└─────────────────────────────────┘

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.

■ Debtor 1 only                                 ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                     car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another       ■ Statutory lien (such as tax lien, mechanic's lien)
■ Check if this claim relates to a             ☐ Judgment lien from a lawsuit
   community debt                               ☐ Other (including a right to offset) _____

**Date debt was incurred** _____          Last 4 digits of account number   **4093**

---

| 2.8 5 | **City of Chicago Dept of Finance** | | $8,507.74 | $400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

┌─────────────────────────────────┐
│ **2609 W Division Chicago, IL** │
│ **60622-2851  Cook County** │
└─────────────────────────────────┘

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.

■ Debtor 1 only                                 ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                     car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another       ■ Statutory lien (such as tax lien, mechanic's lien)
■ Check if this claim relates to a             ☐ Judgment lien from a lawsuit
   community debt                               ☐ Other (including a right to offset) _____

**Date debt was incurred** _____          Last 4 digits of account number   **8070**

---

| 2.8 6 | **City of Chicago Dept of Finance** | | $4,788.18 | $110,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

┌─────────────────────────────────┐
│ **931 N Keystone Chicago, IL** │
│ **60651-3635  Cook County** │
└─────────────────────────────────┘

PO Box 6330
Chicago, IL 60680-6330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name          Middle Name              Last Name

■ Disputed

**Who owes the debt?** Check one.       **Nature of lien.** Check all that apply.

■ Debtor 1 only                         ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ■ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a      ☐ Judgment lien from a lawsuit
   community debt                       ☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number   **5943**

---

| 2.8 7 | **City of Chicago Dept of Finance** | | $1,640.00 | $0.00 | $1,640.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**5714-24 W Thomas Chicago, IL 60651  Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.       **Nature of lien.** Check all that apply.

■ Debtor 1 only                         ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a      ☐ Judgment lien from a lawsuit
   community debt                       ■ Other (including a right to offset)   **Weeds**

Date debt was incurred   **2013**      Last 4 digits of account number   **668L**

---

| 2.8 8 | **City of Chicago Dept of Finance** | | $4,775.00 | $0.00 | $4,775.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**5805 S Aberdeen St Chicago, IL 60621  Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.       **Nature of lien.** Check all that apply.

■ Debtor 1 only                         ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a      ☐ Judgment lien from a lawsuit
   community debt                       ☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number   **499A**

---

| 2.8 9 | **City of Chicago Dept of Finance** | | $1,240.00 | $0.00 | $1,240.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**6417 S Honore Chicago, IL 60636 Cook County**

**PO Box 6330**
**Chicago, IL 60680-6330**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                            Case number (if know) _____

First Name      Middle Name      Last Name

☒ Disputed

**Who owes the debt?** Check one.      **Nature of lien.** Check all that apply.

☒ Debtor 1 only                        ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                           car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a      ☐ Judgment lien from a lawsuit
   community debt                        ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **804L**

---

| 2.90 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $2,254.67 | $0.00 | $2,254.67 |

Creditor's Name

**1809 W Augusta Chicago, IL 60622
Cook County**

**PO Box 6330
Chicago, IL 60680-6330**      **As of the date you file, the claim is:** Check all that
                               apply.
Number, Street, City, State & Zip Code   ☐ Contingent
                               ☐ Unliquidated
**Who owes the debt?** Check one.   ☒ Disputed
☐ Debtor 1 only                **Nature of lien.** Check all that apply.
☐ Debtor 2 only                ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only      car loan)
☒ At least one of the debtors and another   ☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a   ☐ Judgment lien from a lawsuit
   community debt                ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.91 | **City of Chicago Dept of Finance** | Describe the property that secures the claim: | $14,000.00 | $190,000.00 | $14,000.00 |

Creditor's Name

**4838 W Cortland Chicago, IL 60639
Cook County**

**PO Box 6330
Chicago, IL 60680-6330**      **As of the date you file, the claim is:** Check all that
                               apply.
Number, Street, City, State & Zip Code   ☐ Contingent
                               ☐ Unliquidated
**Who owes the debt?** Check one.   ☐ Disputed
☒ Debtor 1 only                **Nature of lien.** Check all that apply.
☐ Debtor 2 only                ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only      car loan)
☐ At least one of the debtors and another   ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a   ☐ Judgment lien from a lawsuit
   community debt                ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.92 | **IBT Fund LLC** | Describe the property that secures the claim: | $300,000.00 | $150,000.00 | $150,000.00 |

Creditor's Name

**2706 W Thomas Chicago, IL 60622
Cook County**

**2805 Butterfield Road
Oak Brook, IL 60523**      **As of the date you file, the claim is:** Check all that
                            apply.
Number, Street, City, State & Zip Code   ☐ Contingent
                            ☐ Unliquidated

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 31 of 52

| Debtor 1 | **Monserrate Hernandez** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| | | |
|---|---|---|
| **Who owes the debt?** Check one. | ☐ Disputed | |
| ■ Debtor 1 only | **Nature of lien.** Check all that apply. | |
| ☐ Debtor 2 only | ☐ An agreement you made (such as mortgage or secured car loan) | |
| ☐ Debtor 1 and Debtor 2 only | | |
| ☐ At least one of the debtors and another | ☐ Statutory lien (such as tax lien, mechanic's lien) | |
| ☐ **Check if this claim relates to a community debt** | ☐ Judgment lien from a lawsuit | |
| | ■ Other (including a right to offset) | **Mortgage** |

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.93 | **IBT Funds LLC** | Describe the property that secures the claim: | $360,000.00 | $300,000.00 | $60,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2500 W. Thomas Chicago, IL 60622 Cook County** | | | |
| | **2805 Butterfield Road Oak Brook, IL 60523** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

| | | |
|---|---|---|
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | |
| ☐ Debtor 2 only | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | |
| ☐ **Check if this claim relates to a community debt** | ■ Other (including a right to offset) | **Mortgage** |

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.94 | **IBT Funds LLC** | Describe the property that secures the claim: | $450,000.00 | $300,000.00 | $150,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2455-59 W Division Chicago, IL 60622  Cook County** | | | |
| | **2805 Butterfield Road Oak Brook, IL 60523** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

| | | |
|---|---|---|
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | |
| ☐ Debtor 2 only | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | |
| ☐ **Check if this claim relates to a community debt** | ■ Other (including a right to offset) | **Mortgage** |

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.95 | **IBT Funds LLC** | Describe the property that secures the claim: | $125,000.00 | $50,000.00 | $75,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **4935 W Ferdinand Chicago, IL 60622 Cook County** | | | |
| | **2805 Butterfield Road Oak Brook, IL 60523** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

| | | |
|---|---|---|
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | |

---

| Official Form 106D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 32 of 52 |
|---|---|---|

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____
            First Name        Middle Name            Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
     community debt

- ☐ An agreement you made (such as mortgage or secured
     car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.9 6 | **IBT Funds LLC** | | $150,000.00 | $5,000.00 | $145,000.00 |

Creditor's Name

Describe the property that secures the claim:

**5239 W Congress Chicago, IL 60644
Cook County**

**2805 Butterfield Road
Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
     community debt

- ☐ An agreement you made (such as mortgage or secured
     car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.9 7 | **IBT Funds LLC** | | $350,000.00 | $175,000.00 | $175,000.00 |

Creditor's Name

Describe the property that secures the claim:

**3454 W North Chicago, IL 60647
Cook County**

**2805 Butterfield Road
Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
     community debt

- ☐ An agreement you made (such as mortgage or secured
     car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.9 8 | **IBT Funds LLC** | | $100,000.00 | $231,270.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**614 N Central Park Chicago, IL
60624  Cook County**

**2805 Butterfield Road
Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.    Nature of lien. Check all that apply.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 33 of 52

Debtor 1   **Monserrate Hernandez**                                         Case number (if know) _____
_____ First Name ____ Middle Name _____ Last Name _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.9 9 | **IBT Funds LLC**<br>Creditor's Name<br><br>**2805 Butterfield Road<br>Oak Brook, IL 60523**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2522 W Fullerton Chicago, IL 60647<br>Cook County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325,000.00 | $225,000.00 | $100,000.00 |
|---|---|---|---|---|---|

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 00 | **IBT Funds LLC**<br>Creditor's Name<br><br>**2805 Butterfield Road<br>Oak Brook, IL 60523**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2530 W. Augusta Blvd Chicago, IL<br>60622-1560  Cook County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $900,000.00 | $900,000.00 | $0.00 |
|---|---|---|---|---|---|

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 01 | **IBT Funds LLC**<br>Creditor's Name<br><br>**2805 Butterfield Road<br>Oak Brook, IL 60523**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2612 W Cortez Chicago, IL 60622<br>Cook County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300,000.00 | $225,000.00 | $75,000.00 |
|---|---|---|---|---|---|

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Monserrate Hernandez** | | | Case number (if know) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| 2.1 02 | **IBT Funds LLC** | | **$140,000.00** | **$212,337.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1801 W 33rd St Chicago, IL 60608 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| 2.1 03 | **IBT Funds LLC** | | **$400,000.00** | **$300,000.00** | **$100,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2609 W Division Chicago, IL 60622 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| 2.1 04 | **IBT Funds LLC** | | **$340,000.00** | **$200,000.00** | **$140,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2820 W Diversey Chicago, IL 60647 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____

First Name          Middle Name          Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 05 | **IBT Funds LLC** | | $325,000.00 | $200,000.00 | $125,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**2652 W Cortez Chicago, IL 60622 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 06 | **IBT Funds LLC** | | $500,000.00 | $400,000.00 | $100,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**2525 W Augusta Chicago, IL 60622 Cook County In the name of Hector and Maria Perez**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 07 | **IBT Funds LLC** | | $500,000.00 | $300,000.00 | $200,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**1809 W Augusta Chicago, IL 60622 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 36 of 52

Debtor 1   **Monserrate Hernandez**                                    Case number (if know) _____

First Name    Middle Name    Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 08 | **IBT Funds LLC** | | $90,000.00 | $30,000.00 | $60,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**6402 S Marshfield Chicago, IL 60636 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 09 | **IBT Funds LLC** | | $50,000.00 | $5,000.00 | $45,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**4918 W Harrison Chicago, IL 60644 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 10 | **IBT Funds LLC** | | $300,000.00 | $125,000.00 | $175,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**2651 W Augusta Chicago, IL 60622 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 37 of 52

Debtor 1  **Monserrate Hernandez**                                 Case number (if know) _____

First Name          Middle Name          Last Name

☑ Debtor 1 only                          ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                            car loan)
☐ Debtor 1 and Debtor 2 only             ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**   ☐ Other (including a right to offset) _____
  **community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.1 11 | **IBT Funds LLC** | Describe the property that secures the claim: | $325,000.00 | $150,000.00 | $175,000.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2646 W Augusta Chicago, IL 60622
> Cook County**

**2805 Butterfield Road
Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only            **Nature of lien.** Check all that apply.
☐ Debtor 2 only            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only   car loan)
☐ At least one of the debtors and another ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**   ☐ Judgment lien from a lawsuit
  **community debt**        ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.1 12 | **IBT Funds LLC** | Describe the property that secures the claim: | $500,000.00 | $400,000.00 | $500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2530 W Augusta Chicago, IL 60622
> Cook County
> Deficiency judgment of 622,558.78**

**2805 Butterfield Road
Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only            **Nature of lien.** Check all that apply.
☐ Debtor 2 only            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only   car loan)
☐ At least one of the debtors and another ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**   ☐ Judgment lien from a lawsuit
  **community debt**        ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.1 13 | **Illinois Department of Revenue** | Describe the property that secures the claim: | Unknown | $630.93 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 19006
Springfield, IL
62794-9006**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                                    Case number (if know) _____

First Name        Middle Name          Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**   **12/2013**        **Last 4 digits of account number**   **8889**

---

| 2.1 14 | **Inland Bank & Trust** | | $350,000.00 | $250,000.00 | $100,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **1016 N California Chicago, IL 60622 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 15 | **Inland Bank & Trust** | | $238,100.00 | $24,000.00 | $214,100.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2652 W Augusta Chicago, IL 60622 Cook County**

**2805 Butterfield Road Oak Brook, IL 60523**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 16 | **Internal Revenue Service** | | Unknown | $10,381.33 | Unknown |

Creditor's Name

**Describe the property that secures the claim:**

**Cincinnati, OH 45999-0030**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 39 of 52

Debtor 1 **Monserrate Hernandez**                                    Case number (if know) _____

    First Name       Middle Name       Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number **2647**

---

| 2.1 17 | **Markoff Law LLC** | Describe the property that secures the claim: | $484.72 | $0.00 | $484.72 |
|---|---|---|---|---|---|

Creditor's Name

**29 North Wacker Drive Suite 550 Chicago, IL 60606**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**5950 S. Throop St Chicago, IL 60636-1814  Cook County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **City of Chicago**   Last 4 digits of account number **0120**

---

| 2.1 18 | **Markoff Law LLC** | Describe the property that secures the claim: | $331.84 | $0.00 | $331.84 |
|---|---|---|---|---|---|

Creditor's Name

**29 North Wacker Suite 550 Chicago, IL 60606**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**3454 W. North Ave Chicago, IL 60647-4842  Cook County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number **0631**

---

| 2.1 19 | **Markoff Law LLC** | Describe the property that secures the claim: | $1,161.26 | $0.00 | $1,161.26 |
|---|---|---|---|---|---|

Creditor's Name

**29 North Wacker Suite 550 Chicago, IL 60606**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**5950 S. Throop 3454 W North Ave 5639 S May**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 40 of 52

Debtor 1  **Monserrate Hernandez**                                    Case number (if know) _____

First Name    Middle Name    Last Name

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____     Last 4 digits of account number   **0631**

---

| 2.1 20 | **Pan American Bank** | Describe the property that secures the claim: | **$81,660.00** | **$30,000.00** | **$51,660.00** |
|---|---|---|---|---|---|

Creditor's Name

**215 W 115 Chicago, IL 60628  Cook County**
**Owned by Victor Garcia**

**1440 W North Ave**
**Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.1 21 | **Pan American Bank** | Describe the property that secures the claim: | **$90,000.00** | **$30,000.00** | **$60,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**6722 S Marshfield Chicago IL**

**1440 W North Ave**
**Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____     Last 4 digits of account number   **0292**

---

| 2.1 22 | **Pan American Bank** | Describe the property that secures the claim: | **$286,550.00** | **$30,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**6722 S Marshfield Chicago, IL 60636**
**Cook County**

**1440 W North Ave**
**Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Monserrate Hernandez** _____   Case number (if know) _____

First Name          Middle Name          Last Name

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____   Last 4 digits of account number  **0292**

---

| 2.1 23 | **Pan American Bank** | Describe the property that secures the claim: | $61,660.00 | $260,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1937 N Karlov Chicago IL 60639 3 units $130,000**

**1440 W North Ave
Melrose Park, IL 60160**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____   Last 4 digits of account number  **0153**

---

| 2.1 24 | **Pan American Bank** | Describe the property that secures the claim: | $95,000.00 | $50,000.00 | $45,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**936 N Pulaski Chicago, IL 60651
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____   Last 4 digits of account number  **0186**

---

| 2.1 25 | **Pan American Bank** | Describe the property that secures the claim: | $80,000.00 | $90,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**5009 W Chicago Avenue Chicago, IL
60651  Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 42 of 52

Debtor 1  **Monserrate Hernandez**　　　　　　　　　　　Case number (if know) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Mortgage**

Date debt was incurred _____　　Last 4 digits of account number　**0187**

---

| 2.1 26 | **Pan American Bank** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

| | $90,000.00 | $45,000.00 | $45,000.00 |

**1312 W. 108th Place, Chicago, IL 60643  Cook County**

**1440 W North Ave Melrose Park, IL 60160**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Mortgage**

Date debt was incurred _____　　Last 4 digits of account number　**0203**

---

| 2.1 27 | **Pan American Bank** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

| | $113,404.00 | $100,000.00 | $13,404.00 |

**4711 W Byron Chicago, IL 60641 Cook County Gilberto Patino**

**1440 W North Ave Melrose Park, IL 60160**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Mortgage**

Date debt was incurred _____　　Last 4 digits of account number　**0276**

---

| 2.1 28 | **Pan American Bank** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

| | $80,000.00 | $30,000.00 | $50,000.00 |

**8542 S Saginaw Chicago, IL 60617 Cook County**

**1440 W North Ave Melrose Park, IL 60160**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

---

Official Form 106D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 43 of 52

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                   Case number (if know) _____
           First Name      Middle Name        Last Name

■ Debtor 1 only                              ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                 car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**       ☐ Judgment lien from a lawsuit
   **community debt**                        ■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____     **Last 4 digits of account number**   **0281**

---

| 2.1 29 | **Pan American Bank** | Describe the property that secures the claim: | $150,000.00 | $150,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1003 N Francisco Chicago, IL 60622
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.

■ Debtor 1 only                              ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                 car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**       ☐ Judgment lien from a lawsuit
   **community debt**                        ■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____     **Last 4 digits of account number**   **0792**

---

| 2.1 30 | **Pan American Bank** | Describe the property that secures the claim: | $70,000.00 | $40,000.00 | $30,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**915 W 54th Pl Chicago, IL 60609
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.

■ Debtor 1 only                              ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                 car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**       ☐ Judgment lien from a lawsuit
   **community debt**                        ■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____     **Last 4 digits of account number**   **0160**

---

| 2.1 31 | **Pan American Bank** | Describe the property that secures the claim: | $70,000.00 | $30,000.00 | $40,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**6832 S May Street Chicago, IL 60621
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 44 of 52

Debtor 1   **Monserrate Hernandez**                                     Case number (if know) _____
First Name      Middle Name        Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a
  community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____      Last 4 digits of account number _____

---

| 2.1 32 | **Pan American Bank** | Describe the property that secures the claim: | $150,000.00 | $296,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**137 N Mozart Chicago, IL 60612
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a
  community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____      Last 4 digits of account number _____

---

| 2.1 33 | **Pan American Bank** | Describe the property that secures the claim: | $90,000.00 | $30,000.00 | $60,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**931 N Keystone Chicago, IL 60617
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a
  community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Date debt was incurred _____      Last 4 digits of account number _____

---

| 2.1 34 | **Pan American Bank** | Describe the property that secures the claim: | $150,000.00 | $140,000.00 | $10,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**4711 W Byron Chicago, IL 60641
Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.                     **Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____

First Name        Middle Name            Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** _____

---

| 2.1 35 | **Pan American Bank** | **Describe the property that secures the claim:** | $200,000.00 | $125,000.00 | $75,000.00 |

Creditor's Name

**2660 W Armitage Chicago, IL 60647 Cook County**

**1440 W North Ave Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** _____

---

| 2.1 36 | **Pan American Bank** | **Describe the property that secures the claim:** | $80,000.00 | $0.00 | $80,000.00 |

Creditor's Name

**215 W 115th Street Chicago, IL 60628  Cook County**

**1440 W North Ave Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** _____

---

| 2.1 37 | **Pan American Bank** | **Describe the property that secures the claim:** | $160,000.00 | $0.00 | $160,000.00 |

Creditor's Name

**1937 N Karlov Chicago, IL 60639 Cook County**

**1440 W North Ave Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Monserrate Hernandez** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.1 38 | **Pan American Bank** | **Describe the property that secures the claim:** | $70,000.00 | $50,000.00 | $24,661.93 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**5639 S May Chicago, IL 60621-1531 Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.1 39 | **Pan American Bank** | **Describe the property that secures the claim:** | $10,000.00 | $0.00 | $10,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**6417 S Honore Chicago, IL 60636 Cook County**

**1440 W North Ave
Melrose Park, IL 60160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.1 40 | **TBF Financial LLC** | **Describe the property that secures the claim:** | $108,606.70 | $80,000.00 | $28,606.70 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**1409 N Pulaski Chicago, IL 60651 Cook County**

**740 Waukegan Road
#404
Deerfield, IL 60015**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____

    First Name           Middle Name           Last Name

---

■ Debtor 1 only            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                  car loan)
☐ Debtor 1 and Debtor 2 only     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**     ■ Other (including a right to offset)   **Mortgage**
    **community debt**

Date debt was incurred   _____    Last 4 digits of account number   **4321**

---

| 2.1 41 | **TCF National Bank** | Describe the property that secures the claim: | **$321,619.40** | **$190,000.00** | **$131,619.40** |
|---|---|---|---|---|---|

Creditor's Name

**4838 W Cortland Chicago, IL 60639
Cook County**

**1405 Xenius Lane
Minneapolis, MN 55441**

As of the date you file, the claim is: Check all that apply.
Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.

■ Debtor 1 only            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                  car loan)
☐ Debtor 1 and Debtor 2 only     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**     ■ Other (including a right to offset)   **Mortgage**
    **community debt**

Date debt was incurred   _____    Last 4 digits of account number   **2998**

---

| 2.1 42 | **TCF National Bank** | Describe the property that secures the claim: | **$383,587.00** | **$0.00** | **$383,587.00** |
|---|---|---|---|---|---|

Creditor's Name

**1809 W Augusta Chicago, IL 60622
Cook County**

**1405 Xenius Lane
Minneapolis, MN 55441**

As of the date you file, the claim is: Check all that apply.
Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.

■ Debtor 1 only            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                  car loan)
☐ Debtor 1 and Debtor 2 only     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
■ **Check if this claim relates to a**     ■ Other (including a right to offset)   **Mortgage**
    **community debt**

Date debt was incurred   _____    Last 4 digits of account number   **2998**

---

| 2.1 43 | **TCF National Bank** | Describe the property that secures the claim: | **Unknown** | **$300,000.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**1809 W Augusta Chicago, IL 60622
Cook County**

**1405 Xenius Lane
Minneapolis, MN 55441**

As of the date you file, the claim is: Check all that apply.
Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____

First Name    Middle Name    Last Name

| | |
|---|---|
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 44 | Urban Partnership Bank | Describe the property that secures the claim: | $2,000,000.00 | $400,000.00 | $1,600,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**
**Chicago, IL 60604**

Number, Street, City, State & Zip Code

**2530 W Augusta Chicago, IL 60622**
**Cook County**
**Deficiency judgment of 622,558.78**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **8565**

---

| 2.1 45 | Urban Partnership Bank | Describe the property that secures the claim: | $62,766.08 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**
**Chicago, IL 60604**

Number, Street, City, State & Zip Code

**2530 W Augusta Chicago, IL 60622**
**Cook County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **8566**

---

| 2.1 46 | Urban Partnership Bank | Describe the property that secures the claim: | $341,625.39 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**
**Chicago, IL 60604**

Number, Street, City, State & Zip Code

**2530 W Augusta Chicago, IL 60622**
**Cook County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 49 of 52

| Debtor 1 | **Monserrate Hernandez** | | Case number (if know) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **7/20/2015**     Last 4 digits of account number **6323**

---

| 2.1 47 | **Urban Partnership Bank** | Describe the property that secures the claim: | **$84,108.74** | **$500,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**
**Chicago, IL 60604**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2530 W Augusta Chicago, IL 60622 Cook County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **7/8/2015**     Last 4 digits of account number **6223**

---

| 2.1 48 | **Urban Partnership Bank** | Describe the property that secures the claim: | **$102,829.04** | **$500,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**
**Chicago, IL 60604**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2530 W Augusta Chicago, IL 60622 Cook County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **7/8/2015**     Last 4 digits of account number **5807**

---

| 2.1 49 | **Urban Partnership Bank** | Describe the property that secures the claim: | **$122,558.78** | **$500,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Cohon Raizes & Regal LLP**
**208 S. LaSalle #1860**
**Chicago, IL 60604**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2530 W Augusta Chicago, IL 60622 Cook County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Monserrate Hernandez**                              Case number (if know) _____

First Name        Middle Name              Last Name

☑ Debtor 1 only                    ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                         car loan)
☐ Debtor 1 and Debtor 2 only       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☑ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**   ☐ Other (including a right to offset) _____
   **community debt**

Date debt was incurred  **6/26/2016**    Last 4 digits of account number   **5346**

| | | | | |
|---|---|---|---|---|
| 2.1 50 | **Urban Partnership Bank** | Describe the property that secures the claim: | $19,472.47 | $500,000.00 | $0.00 |

Creditor's Name

**Cohon Raizes & Regal**          **2530 W Augusta Chicago, IL 60622**
**LLP**                           **Cook County**
**208 S. LaSalle #1860**
**Chicago, IL 60604**            As of the date you file, the claim is: Check all that
                                  apply.
Number, Street, City, State & Zip Code   ☐ Contingent
                                  ☐ Unliquidated
**Who owes the debt?** Check one.   ☑ Disputed

☑ Debtor 1 only                   **Nature of lien.** Check all that apply.
☐ Debtor 2 only                   ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only          car loan)
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**   ☑ Judgment lien from a lawsuit
   **community debt**              ☐ Other (including a right to offset) _____

Date debt was incurred  **6/26/2015**    Last 4 digits of account number   **6234**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$13,718,869.56** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$13,718,869.56** |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
    **Goldman & Grant**                        On which line in Part 1 did you enter the creditor?  **2.22**
    **205 W Randolph St**
    **Suite 1100**                             Last 4 digits of account number  ___
    **Chicago, IL 60606**

☐   Name, Number, Street, City, State & Zip Code
    **Goldman & Grant**                        On which line in Part 1 did you enter the creditor?  **2.27**
    **205 W Randolph St**
    **Suite 1100**                             Last 4 digits of account number  ___
    **Chicago, IL 60606**

☐   Name, Number, Street, City, State & Zip Code
    **Heller & Frisone**                       On which line in Part 1 did you enter the creditor?  **2.9**
    **33 North LaSalle #1200**
    **Chicago, IL 60602**                      Last 4 digits of account number  ___

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez** _____   Case number (if know) _____

First Name      Middle Name      Last Name

☐ Name, Number, Street, City, State & Zip Code
**Heller & Frisone**
**33 North LaSalle #1200**
**Chicago, IL 60602**

On which line in Part 1 did you enter the creditor? __**2.42**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Heller & Frisone**
**33 N. LaSalle Suite 1200**
**Chicago, IL 60602**

On which line in Part 1 did you enter the creditor? __**2.65**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Markoff Law LLC**
**29 North Wacker**
**Suite 550**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor? __**2.43**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Markoff Law LLC**
**29 North Wacker**
**Suite 550**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor? __**2.57**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Markoff Law LLC**
**29 North Wacker**
**Suite 550**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor? __**2.77**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Markoff Law LLC**
**29 North Wacker**
**Suite 550**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 52 of 52

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monserrate Hernandez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

**Part 2:     List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **Advanced Disposal** | |
| | Last 4 digits of account number   **5949** | **$3,722.40** |

| | |
|---|---|
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| **2800 Shermer Roiad** | |
| **Northbrook, IL 60062** | **As of the date you file, the claim is:** Check all that apply |
| Number Street City State ZIp Code | |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☑ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a  community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☑ No | ☑ Other. Specify _____ |
| ☐ Yes | |

Debtor 1   **Monserrate Hernandez**

Case number (if know) _____

---

| 4.2 | **CCI Contract Callers** | Last 4 digits of account number | **9320** | **$9,420.00** |

Nonpriority Creditor's Name

**1501 Green Street 3rd Fl**
**Augusta, GA 30901**

When was the debt incurred?   **2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.3 | **Chase BP** | Last 4 digits of account number | **1107** | **$551.00** |

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.4 | **Chicago Title Land Trust** | Last 4 digits of account number | **3907;5802** | **$1,865.00** |

Nonpriority Creditor's Name

**10 South LaSalle Street**
**Suite 2750**
**Chicago, IL 60603**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **2612 W Augusta**

---

Debtor 1   **Monserrate Hernandez**

Case number (if know) _____

---

| 4.5 | **ComEd** | Last 4 digits of account number | **7009** | | **$2,253.96** |

Nonpriority Creditor's Name

**PO Box 6111**
**Chicago, IL 60622-4560**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 | **ComEd** | Last 4 digits of account number | **9022** | | **$9,711.27** |

Nonpriority Creditor's Name

**PO Box 6111**
**Chicago, IL 60622-4560**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 | **Discover Bank** | Last 4 digits of account number | **2500** | | **$14,540.00** |

Nonpriority Creditor's Name

**PO Box 15316**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred? **2010**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1   **Monserrate Hernandez**

Case number (if know)

---

| 4.8 | **ERC** | Last 4 digits of account number | **7727;5979** | | $174.00 |

Nonpriority Creditor's Name

**PO Box 15316**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **AT&T**

---

| 4.9 | **Integrys Energy** | Last 4 digits of account number | | | $1,264.45 |

Nonpriority Creditor's Name

**CBCS**
**PO Box 163250**
**Columbus, OH 43216-3250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.10 | **Jeffcapsys** | Last 4 digits of account number | **9825** | | $899.00 |

Nonpriority Creditor's Name

**16 Moleland Road**
**Saint Cloud, MN 56303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1    **Monserrate Hernandez**                                    Case number (if know) _____

---

**4.1**
**1**

**Midland Funding**                              Last 4 digits of account number   **7210**                    **$6,037.31**
Nonpriority Creditor's Name
**Blatt Hasenmiller Leibsker & Moore**            When was the debt incurred?      _____
**125 S Wacker Dr. Suite 400**
**Chicago, IL 60606-4440**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify _____

---

**4.1**
**2**

**Peoples Energy**                               Last 4 digits of account number   **5327**                    **$1,444.00**
Nonpriority Creditor's Name
**200 East Randolph**                            When was the debt incurred?      _____
**Chicago, IL 60601**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify _____

---

**4.1**
**3**

**Verizon Cellular**                             Last 4 digits of account number   **0001**                    **$786.00**
Nonpriority Creditor's Name
**PO Box 49**                                    When was the debt incurred?      _____
**Tampa, FL 33602**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ☐ Other. Specify _____

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Debtor 1   **Monserrate Hernandez**                                                    Case number *(if know)* _____

| | |
|---|---|
| Name and Address<br>**AFNI**<br>PO Box 3097<br>Bloomington, IL 61702 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Credit Collection Services**<br>**Two Wells Ave**<br>**Newton Center, MA 02459** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Credit Protection Association**<br>PO Box 802068<br>Dallas, TX 75380-2068 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Franklin Collection**<br>2978 W Jackson St<br>Tupelo, MS 38803 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**The CBE Group**<br>PO Box 300<br>Waterloo, IA 50704-0300 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

### Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 52,668.39 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 52,668.39 |

**Fill in this information to identify your case:**

Debtor 1      **Monserrate Hernandez**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| 2.2<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| 2.3<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| 2.4<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |
| 2.5<br>Name<br><br>Number   Street<br><br>City          State          ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1        **Monserrate Hernandez**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                               12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1  **Gilberto Patino** | ☑ Schedule D, line   **2.144** <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Urban Partnership Bank** |
| 3.2  **Victor Garcia** | ☑ Schedule D, line   **2.90** <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **City of Chicago Dept of Finance** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Monserrate Hernandez** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Property Manager | |
| | **Employer's name** | Self employed | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1   **Monserrate Hernandez**                                                    Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........................... | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ 0.00   $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 17,000.00   $ N/A

8b. **Interest and dividends**   8b. $ 0.00   $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ N/A

8d. **Unemployment compensation**   8d. $ 0.00   $ N/A

8e. **Social Security**   8e. $ 0.00   $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f. $ 0.00   $ N/A

8g. **Pension or retirement income**   8g. $ 0.00   $ N/A

8h. **Other monthly income.** Specify: _____   8h.+ $ 0.00   + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ 17,000.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ 17,000.00 + $ N/A = $ 17,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12. $ 17,000.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 _____ **Monserrate Hernandez** _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1  **Monserrate Hernandez** _____     Case number (if known) _____

6.  **Utilities:**
    6a.    Electricity, heat, natural gas     6a.  $     **0.00**
    6b.    Water, sewer, garbage collection     6b.  $     **0.00**
    6c.    Telephone, cell phone, Internet, satellite, and cable services     6c.  $     **0.00**
    6d.    Other. Specify:     6d.  $     **0.00**
7.  **Food and housekeeping supplies**     7.  $     **0.00**
8.  **Childcare and children's education costs**     8.  $     **0.00**
9.  **Clothing, laundry, and dry cleaning**     9.  $     **0.00**
10. **Personal care products and services**     10.  $     **0.00**
11. **Medical and dental expenses**     11.  $     **0.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.     12.  $     **0.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.  $     **0.00**
14. **Charitable contributions and religious donations**     14.  $     **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.    Life insurance     15a.  $     **0.00**
    15b.    Health insurance     15b.  $     **0.00**
    15c.    Vehicle insurance     15c.  $     **0.00**
    15d.    Other insurance. Specify:     15d.  $     **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:     16.  $     **0.00**
17. **Installment or lease payments:**
    17a.    Car payments for Vehicle 1     17a.  $     **0.00**
    17b.    Car payments for Vehicle 2     17b.  $     **0.00**
    17c.    Other. Specify:     17c.  $     **0.00**
    17d.    Other. Specify:     17d.  $     **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as
deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).**     18.  $     **0.00**
19. **Other payments you make to support others who do not live with you.**
    Specify:     19.  $
20. **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._**
    20a.    Mortgages on other property     20a.  $     **15,000.00**
    20b.    Real estate taxes     20b.  $     **0.00**
    20c.    Property, homeowner's, or renter's insurance     20c.  $     **0.00**
    20d.    Maintenance, repair, and upkeep expenses     20d.  $     **0.00**
    20e.    Homeowner's association or condominium dues     20e.  $     **0.00**
21. **Other:** Specify:     21.  +$     **0.00**

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.     $     **15,000.00**
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $
    22c. Add line 22a and 22b.  The result is your monthly expenses.     $     **15,000.00**

23. **Calculate your monthly net income.**
    23a. Copy line 12 _(your combined monthly income)_ from Schedule I.     23a.  $     **17,000.00**
    23b. Copy your monthly expenses from line 22c above.     23b.  -$     **15,000.00**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your _monthly net income._     23c.  $     **2,000.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.     Explain here:

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Monserrate Hernandez** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                     4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

   ☐ Married
   ■ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ■ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Monserrate Hernandez**                                    Case number *(if known)*_____

---

5.   **Did you receive any other income during this year or the two previous calendar years?**
     Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
     and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
     winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

     List each source and the gross income from each source separately. Do not include income that you listed in line 4.

     ■  No
     ☐  Yes. Fill in the details.

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| | | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

     ■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
              individual primarily for a personal, family, or household purpose."

              During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

              ■  No.    Go to line 7.
              ☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you
                       paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
                       not include payments to an attorney for this bankruptcy case.
              * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

     ☐  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
              During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

              ☐  No.    Go to line 7.
              ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
                       include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
                       attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations
     of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
     a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
     alimony.

     ■  No
     ☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an
     insider?**
     Include payments on debts guaranteed or cosigned by an insider.

     ■  No
     ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                    Case number *(if known)*

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Urban Partnershp Bank v<br>Monserrate Hernandez<br>14 M1 106943** | **Judgment of<br>$6037.31** | **Cook County Municipal<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v.<br>Monserrate Hernandez<br>12 L 7827** | **Judgment of<br>$444,038.50** | **Cook County Law Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v.<br>Monserrate Hernandez<br>12 CH 26220** | **Judgment of $77,<br>521.37** | **Cook County Chancery<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v<br>Monserrate Hernandez<br>12 CH 26315** | **Judgment of<br>$342,550.35** | **Cook County Chancery<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v.<br>Monserrate Hernandez<br>13 CH 15234** | **Judgment of<br>$19472.47** | **Cook County Chancery<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v<br>Monserrate Hernandez<br>12 CH 26223** | **Judgment of<br>$122558.78** | **Cook County Chancery<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v.<br>Monserrate Hernandez<br>12 CH 26223** | **Judgment of<br>$84,108.74** | **Cook County Chancery<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v.<br>Monserrate Hernandez<br>13 CH 1807** | **Judgment of<br>$102829.04** | **Cook County Chancery<br>Division** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Partnership Bank v.<br>Hernandez<br>12 CH 28565** | **Foreclosure of<br>5085 W Monroe<br>St., Chicago IL** | **Cook County<br>50 W Washington Street<br>Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Capital One Bank v. Hernandez<br>11 M1 165379** | **Collection.<br>Judgment of<br>$2876.48** | **Cook County Circuit Court<br>50 W Washington<br>Chicago, IL 60652** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Monserrate Hernandez**                                    Case number *(if known)*

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Urban Partnership Bank**<br>**Cohon Raizes & Regal LLP**<br>**208 S. LaSalle #1860**<br>**Chicago, IL 60604** | **5085 W Monroe Chicago IL 60644**<br><br>☐ Property was repossessed.<br>☒ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| **Urban Partnership Bank**<br>**Cohon Raizes & Regal LLP**<br>**208 S. LaSalle #1860**<br>**Chicago, IL 60604** | **8800 S. Mackinaw Chicago IL**<br><br>☐ Property was repossessed.<br>☒ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| **Urban Partnership Bank**<br>**Cohon Raizes & Regal LLP**<br>**208 S. LaSalle #1860**<br>**Chicago, IL 60604** | **3627 W Shakespeare Chicago IL**<br><br>☐ Property was repossessed.<br>☒ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| **Urban Partnership Bank**<br>**7054 S. Jeffrey Blvd**<br>**Chicago, IL 60649** | **4946-58 W Harrison Chicago IL**<br><br>☐ Property was repossessed.<br>☒ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

---

Debtor 1   **Monserrate Hernandez**                                      Case number *(if known)*

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Debtor 1    **Monserrate Hernandez**

Case number *(if known)*

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ☐ No
   ■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Arturo Magdaleno 1038 N Springfield Chicago, IL 60651 | 1038 N Springfield Chicago, IL 60651 | Title held for Arturo Magdaleno | $30,000.00 |
| Victor Garcia 215 W 11th Street Chicago, IL 60628 | 215 W 11th Street Chicago, IL 60628 | Title held for Victor Garcia | $20,000.00 |
| Jose Martinez 4938 W Cortland Chicago, IL 60639 | 4938 W Cortland Chicago, IL 60639 | Title held for Jose Martinez | $200,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **Monserrate Hernandez**                                                          Case number (*if known*)

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

25. Have you notified any governmental unit of any release of hazardous material?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
|  |  |  |  |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ■ No. None of the above applies.  Go to Part 12.

   ☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**Fill in this information to identify your case:**

Debtor 1   **Monserrate Hernandez**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Illinois Eastern
Division

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $        0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $        0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $        0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 17,047.00 | | | |
| Ordinary and necessary operating expenses | -$ | 15,000.00 | | | |
| Net monthly income from a business, profession, or farm | $ | 2,047.00 | Copy here -> $     2,047.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | | |
| Net monthly income from rental or other real property | $     0.00 | Copy here -> $     0.00 | $ |

| Debtor 1 | **Monserrate Hernandez** | Case number (*if known*) | |

| | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| | For you .................................................... $ | 0.00 | |
| | For your spouse ........................................ $ | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. | | |
| | If necessary, list other sources on a separate page and put the total below. | | |
| | | $ | $ |
| | | $ 0.00 | $ |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$ **2,047.00** + $ _____ = $ **2,047.00**