IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## RECEIPT AND VERIFICATION

TO:           PATRICK S. LAYNG, UNITED STATES TRUSTEE

CASE NAME:    *Monserrate Hernandez*

CASE NO.:     *16 - 15759*

I, *Monserrah Hernandez* DECLARE UNDER PENALTY OF PERJURY

THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN

POSSESSION DESIGNATED TO OPERATE THE BUSINESS OF

*Real Estate*, AND AS SUCH I HEREBY ACKNOWLEDGE RECEIPT

FROM THE UNITED STATES TRUSTEE OF THE OPERATING INSTRUCTIONS AND

REPORTING REQUIREMENTS. I HAVE READ AND UNDERSTAND THE INSTRUCTIONS

AND AGREE TO COMPLY WITH THEM.

SIGNED: *[signature]*

DATED: *05.14.2017*

I, _____, COUNSEL FOR THE DEBTOR IN

POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS

AND REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED: _____

DATED: _____

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *Monserrate Hernandez*   CASE NO. *16 - 15759*

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending *April   26*, 20 *17*

BEGINNING BALANCE IN ALL ACCOUNTS          $ *7950 —*

**RECEIPTS:**
      1. Receipts from operations          $_____
      2. Other Receipts          $_____

**DISBURSEMENTS:**
      3. Net payroll:
        a. Officers          $_____
        b. Others          $_____

      4. Taxes
        a. Federal Income Taxes          $_____
        b. FICA withholdings          $_____
        c. Employee's withholdings          $_____
        d. Employer's FICA          $_____
        e. Federal Unemployment Taxes          $_____
        f. State Income Tax          $_____
        g. State Employee withholdings          $_____
        h. All other state taxes          $_____

      5. Necessary expenses:
        a. Rent or mortgage payments(s)          $_____
        b. Utilities          $ *853.06*
        c. Insurance          $_____
        d. Merchandise bought for manufacture or sale          $_____
        e. Other necessary expenses (specify)          $ *3008.76*

      _____          $_____

**TOTAL DISBURSEMENTS**          $ *3861.82*

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ *3861.82*

ENDING BALANCE IN ___*First Midwest Bank*___          $ *4088.18*
        (Name of Bank)

ENDING BALANCE IN _____          $_____
        (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ *4088* *18*

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Monserrate Hernandez_   CASE NO.: _16 - 15759_

RECEIPTS LISTING

FOR MONTH ENDING _April 26_ , 20 _17_

Bank: _First Midwest Bank_

Location: _Chicago, Illinois_

Account Name: _Monserrate Hernandez_

Account No.: _003 506 1385_

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-03-17 | int | 700 — |
| 4-10-17 | rent | 300 — |
| 4-10-17 | int | 1000 — |
| 04-17-17 | int | 1000 — |
| 04-21-17 | rent | 300 — |
| 04-18-17 |  | 2900 — |
| 04-03-17 |  | 1950 — |

TOTAL: _1950_

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Monserrate Hernandez_   CASE NO.: _16-15759_

## DISBURSEMENT LISTING

FOR MONTH ENDING _April 26_, 20_17_

Bank: _First Midwest Bank_

Location: _Chicago   Illinois   60622_

Account Name: _Monserrate Hernandez_

Account No.: _003 506 1385_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4-4-17 - | | gas - | 526.27 |
| 4 4 17 - | | Electrical | 524.64 |
| 04-05-17 | | insurance | 44962 |
| 04-05-17 | | disposal | 0.20, w |
| 04-05-17 | | O. f. veh. | 62.75 |
| 04 12 17 | | gas | 113.30 |
| 04 13 17 | | credit card | 50.w |
| 04-11-17 | | " | 320.w |
| 04.10 17 | | repair | 62.20 |
| 04.19.17. | | repairs | 232.91 |
| 04.13 17 | | Credit card | 404.00 |
| 04 24 17 | | repairs | 19.73 |
| 04 24 17 | | phone | 234.39 |
| 04 26 17 | | light | 107.87 |
| 04.25 17 | | insurance | 403.44 |
| 04 26 17 | | light | 100.20 |

TOTAL: $3861.82

You must create a separate list for each bank account from which disbursements were made
during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME *Hascerate Hernandez* CASE NO.: *16 - 15759*

FOR MONTH ENDING __*April  26*__, 20 *17*

## STATEMENT OF INVENTORY

Beginning inventory                $_____

Add: purchases                     $_____     *D/A*

Less: goods sold                   $_____
   (cost basis)

Ending inventory                   $_____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period      $_____

Payroll taxes due but unpaid       $_____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Minsrivate_ _Her_ CASE NO.: _16-15755_

FOR MONTH ENDING _04 - 26_ , 20 _17_

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance                $_____

Add: sales on account                     $_____

Less: collections                         $_____

End of month balance                      $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|-----------|------------|------------|--------------|--------------------|
| $_____  | $_____   | $_____   | $_____     | $_____           |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance                $_____

Add: credit extended                      $_____

Less: payments of account                 $_____

End of month balance                      $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|-----------|------------|------------|--------------|--------------------|
| $_____  | $_____   | $_____   | $_____     | $_____           |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *Monseila & Hernandez* CASE NO.: *16 - 15759*

FOR MONTH ENDING *04 - 26*, 20 *17*

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | *D/4* |
| 2. | FICA withholdings | Yes ( ) | No ( ) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service |
|---|---|
| | **Verification of Fiduciary's Federal Tax Deposit** |

**Do not attach this Notice to your Return**

| **TO** | District Director, Internal revenue Service Attn: Chief, Special Procedures Function |
|---|---|
| **FROM:** | Name of Taxpayer  *Monserrate  HERNANDEZ* |
| | Taxpayer Address  *2530 W. Augusta  Chg  I l. 60622* |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1** | **Form 941 Federal Tax Deposit (FTD) Information** |
|---|---|
| | For the payroll period from _____ to _____ |
| Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | Payroll date _____ |
| | Gross wages paid to employees$_____ |
| | Income tax withheld$_____ |
| | Social Security (Employer's plus Employee's share of Social Security Tax) $_____ |
| | Tax Deposited $_____ |
| | Date Deposited |

*D/A*

| **Section 2** | **Form 940 Federal Tax Deposit (FTD) Information** |
|---|---|
| | For the payroll period from _____ to _____ |
| Taxes Reported on Form 940,Employer=s Annual Federal Unemployment Tax Return | Gross wages paid to employees $_____ |
| | Tax Deposited $_____ |
| | Date Deposited |

*D/A*

**Certification**

**(Certification is limited to receipt or electronic transmittal of deposit only)**

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon 9 Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor=s Employer Identification Number: | | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: *Munro  Muir*   Date: *5. 14 - 17*

Name and Title (print or type)  *MONSERRATE  HERNANDEZ   D.I.P.*

Cat. #43099Z                                       Form 6123 (rev. 06-97)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: *Monserrate Heenan Perez* CASE NO.: *16-15759*

FOR MONTH ENDING ___*04.26*___, 20_*17*_

## INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---------|-----------|---------------|------------------------|-----------------------------------|
| Scarred Star | IM A 335020 | Gec. Liab. | 02.12.18 | |
| North Field In | B174240 2017 | Fire & Liab | 3.14.18 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (*i.e.*, non-payment, sale of asset, abandonment, etc.).   *No*

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).   *Yes*

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).   *No*

OPERATING REPORT Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Monserrate Hernandez_, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Monserrate Hernandez_

DATED: _05.19. 2017_

OPERATING REPORT Page .9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *Monservate Hernandez*          CASE NO.: *16 - 157 59*

Office of the U.S. Trustee
219 South Dearborn Street; Room 873
Chicago, IL  60604

Debtor: *Munservate Hecsandei*    Notice Date: _____

*2530 w Augusta*                  Account Number: _____

*Chg Fl 60622*                    Amount Due: _____

## NOTICE OF UNPAID FEES AND IMPENDING COLLECTION ACTIONS

According to the accounts receivable records, you owe the above amount to the United
States Trustee in unpaid quarterly fee charges. If you do not pay this debt or take other action
described below before _____, the United States Trustee will submit your debt to the U.S.
Department of Treasury for further collection. Interest, penalties, and other charges for costs may
be added to the amount you owe. Payment must be sent to the above address.

Once your debt is sent to the Department of Treasury, Treasury will take all authorized
collection actions, including reporting the debt to credit reporting agencies and engaging private
collection agencies as necessary. The debt will also be submitted to the Treasury Offset Program
which means the debt will be deducted from eligible payments that are owed to you by the federal
government, including but not limited to tax refunds. The Treasury Offset Program is authorized
by the Debt Collection Act of 1982 and the Debt Collection Improvement Act of 1996. You may
not receive another notice before your payment is offset.

Before we submit your debt to the Treasury Offset Program, we are required to tell you the
following: (1) you may inspect and copy our records related to your debt; (2) you may request a
review of our determination that you owe this debt; and (3) you may enter into a written repayment
agreement if it is acceptable to the United States Trustee. If you are interested in these options,
please send a written request to the above address.

If you make or provide any knowingly false or frivolous statements, representations, or
evidence, you may be liable for penalties under the False Claims Act, 31 U.S.C. §§ 286, 287, 1001,
and 1002, or other applicable statutes.

If you have any questions about this letter or your rights, you should immediately contact
your local field office at the above address.

EXHIBIT "C"

**U. S. TRUSTEE QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: _Monserrate Hernandez_   CASE NO.: _16-15759_

FOR CALENDAR QUARTER ENDING _4. 26_ , 20 _17_

DISBURSEMENTS*

1.       **MONTH**                                **DISBURSEMENTS**

_April._                           $ _Audit_

_____                      $ _____

_____                      $ _____

         TOTAL DISBURSEMENTS
         FOR QUARTER                    $ _____

2.   QUARTERLY FEE OWED PURSUANT TO       $ _____
     28 U.S.C. § 1930(A)(6)

3.   QUARTERLY FEE PAID                    $ _have audit Bal._
     (Attach proof of payment)

4.   AMOUNT OF UNPAID FEES (IF ANY)        $ _____

I, _Monserrate_  _Hernandez_ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: _5.14.17_              _____
                             For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and        _Minserrate Hernandez_
capacity of person signing
this Declaration).              _D.F.P._

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *Monserrate Hernandez* CASE NO.: *16 - 15759*

U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS

FOR CALENDAR QUARTER ENDING _____*4. 26*_____ , 20 *17*

1.   Were any payments required to be made
under the plan this past calendar quarter?   yes ___✗___   no_____

2.   If yes, were all required payments made?   yes ___✗___   no_____

3.   If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.

I, *Monserrate Hernandez* acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: *5/14/17*

_____
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and
capacity of person signing
this Declaration).

*Monserrate Hernandez*
*D. I. P.*

EXHIBIT "E"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### Direction of Attorney for the Debtor
### Concerning Contacts with Client Regarding Administrative Matters

In re: _Munscreate Hernandez_

Case Number: _16 - 15759_

### Part I : Purpose

The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code. 28 U.S.C. § 586. To fulfill this responsibility, the U.S. Trustee has issued Guidelines for Debtors-in-Possession. The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession. In addition, there are other requirements imposed by law, including a requirement to pay U.S. Trustee quarterly fees. The U.S. Trustee's staff is available to assist debtors-in-possession in fulfilling these requirements. In addition, it is frequently necessary for members of the U.S. Trustee's staff to contact debtors concerning missing documents, incomplete forms, and other administrative matters. Many debtors-in-possession and attorneys prefer that these administrative matters be handled directly between the debtor and the U.S. Trustee's staff. Others prefer that all such contacts be made through counsel. We need to know how you and your client would like these matters to be handled.

### Part II: Direction

_____ We direct that all contacts between the U.S. Trustee's staff concerning the administrative requirements of the U.S. Trustee, including completion of operating reports, insurance, banking arrangements, payment and calculation of quarterly fees, may be made directly between the U.S. Trustee and the debtor-in-possession.

_X_ We direct that all contacts between the U.S. Trustee's staff concerning this case, including all administrative matters, be conducted through counsel for the debtor-in-possession.

Dated: _5/12/17_

_____
Attorney for Debtor-in-Possession

EXHIBIT F

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of _____

In re , Case No. *16 - 15759*

Debtor *Monserrate Hernandez*

Small Business Case under Chapter 11

**SMALL BUSINESS MONTHLY OPERATING REPORT**

Month: Date filed: *04.26.2017*

Line of Business: NAISC Code: *Real Estate*

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER
PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY
OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY
KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY: *Monserrate Hernandez*

Original Signature of Responsible Party *Hernan Hernandez*

Printed Name of Responsible Party *Monserrate Hernandez*

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*      **Yes No**

1. IS THE BUSINESS STILL OPERATING? ' '   Yes

2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? ' '   Yes

3. DID YOU PAY YOUR EMPLOYEES ON TIME? ' '   N/A

4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? ' '   Yes

5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH' '   Yes

6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? ' '   Yes

7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? ' '   Yes

8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? ' '   Yes

9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? ' '   Yes

10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?   No

11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?   No

12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY?   No

13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? ' '   Yes

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ' '   No

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ' '   No

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ' '   No

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ' '   No

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ' '   No

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   No

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

**INCOME** *7,950*

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME $**  *7 9 50 —*

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month $  *7 9 52 —*
Cash on Hand at End of Month $  *4 0 8 8.18*

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL $**

*(Exhibit B)*

**EXPENSES** *3 8 6 1 82*

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES $**  *3 8 6 1. 8 2*

*(Exhibit C)*

**CASH PROFIT**  *4 0 8 8. 1 8*

**INCOME FOR THE MONTH** *(TOTAL FROM EXHIBIT B)* **$**  *7,9 50*

**EXPENSES FOR THE MONTH** *(TOTAL FROM EXHIBIT C)* **$** *3 8 6 1 .9 2*

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH $**  *4 0 8 8 18*

Page 3

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**  *– 0 –*

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES $**  *D / Ø*

*(Exhibit D)*

**MONEY OWED TO YOU**  *Ø*

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES $**

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**  *D/A*

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD? $  *– 0*

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE? $  *– 0*

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS

REPORTING PERIOD? $     *O*

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $

Page 4

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**    *8000* —

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

Projected Actual Difference

INCOME $ $ $     *8000* —

EXPENSES $ $ $     *5000* —

CASH PROFIT $ $ $     *3000*

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $    *8000*

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $   *5000*

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $   *3000*

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET**

**WHICH YOU PREPARE INTERNALLY.**

EXHIBIT "G"

United States Bankruptcy Court
_____ District of _____

In re _Monserrate Hernandez._      Case No. _16 - 15759_

Debtor                              Chapter 11

### PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _4/26/17_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|----------------|------------------------|-------|
|                |                        |       |
|                |                        |       |
|                |                        |       |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

D/A

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs,

verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: _____ 5. / 9. / 7 _____

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

**Exhibit A**
**Valuation Estimate for [Name of Entity]**

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

**Exhibit B**

**Financial Statements for [Insert Name of Entity]**

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current·
fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

**Exhibit B-2**
**Statement of Income (Loss) for [Name of Entity]**
Period ending [date]

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:

a. the period between the end of the preceding fiscal year and the end of
the most recent six-month period of the current fiscal year; and
b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**Exhibit B-3**
**Statement of Cash Flows for [Name of Entity]**
For the period ending [date]

[Provide a statement of changes in cash flows for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of
    the most recent six-month period of the current fiscal year; and
    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**Exhibit B-4**

**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]**
period ending [date]

Exhibit "H"

[Provide a statement of changes in shareholders'/partners equity (deficit) for the
following periods:

    (i) For the initial report:

        a. the period between the end of the preceding fiscal year and the end of
        the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.

    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

## Exhibit C
### Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Form B26, Instructions (12/1/08)
### Instructions for Periodic Report Concerning Related Entities
General Instructions

1. This form periodic report ("Periodic Report") on value, profitability, and operations of entities in which the estate holds a substantial or controlling interest (the "Form") implements § 419 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Pub. L. No. 19-8, 119 Stat. 23 (April 20, 2005)("BAPCPA"). This Form should be used when required by Fed. R. Bankr. P. 2015.3, with such variations as may be approved by the court pursuant to subdivisions (d) and (e) of that rule.

2. In a chapter 11 case, the trustee or debtor in possession shall file Periodic Reports of the value, operations, and profitability of each entity that is not also a debtor in a case under title 11, and in which the estate holds a substantial or controlling interest. The reports shall be prepared as prescribed by this Form, and shall be based upon the most recent information reasonably available to the trustee or debtor in possession.

3. Rule 2015.3 provides that, where the estate controls or owns at least a 20 percent interest of an entity, the estate's interest is presumed to be substantial or controlling. Where the estate controls or owns less than a 20 percent interest, the rule presumes that the estate's interest is not substantial or controlling. The question of substantial or controlling interest is, however, a factual one to be decided in each case.

4. The first Periodic Report required by subdivision (a) of Rule 2015.3 shall be filed no later than five days before the first date set for the meeting of creditors under § 341 of the Code. Subsequent Periodic Reports shall be filed no less frequently than every six months thereafter, until a plan of reorganization becomes effective or the case is closed, dismissed, or converted. Copies of the Periodic Report shall be served on the U.S. Trustee, any committee appointed under § 1102 of the Code, and any other party in interest that has filed a request therefor.

5. The source of the information contained in each Periodic Report shall be indicated.
Specific Instructions

6. Each entity subject to the reporting requirement of Rule 2015.3 shall be listed in the table contained on the first page of the form. Reports for each such entity shall be placed behind separate tabs, and each such report shall consist of three exhibits. Exhibit A shall provide valuation information; Exhibit B shall provide financial statements; and Exhibit C shall provide a description of operations.

Form 26 Instr. (12/08) – Cont. 2
Instructions for Exhibit A – Valuation

$\mathcal{D}$ /A

7. Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation, the valuation method used and the source or preparer of the information. This valuation must be no more than two years old.

Instructions for Exhibit B – Financial Statements and Profitability

8. The financial statements may be unaudited. The financial statements should be prepared in accordance with generally accepted accounting principles in the United States ("USGAAP"); deviations, if any from USGAAP, shall be disclosed. Indicate the source or preparer of the information.

9. Exhibit B shall include the following financial statements, and shall indicate the source of the information presented:

  (a) A balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year.

  (b) A statement of income (loss) for the following periods:

  (i) For the initial report:

        a. the period between the end of the preceding fiscal year and the end of
        the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

  (c) A statement of changes in cash flows for the following periods:

  (i) For the initial report:

        a. the period between the end of the preceding fiscal year and the end of
        the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

  (d) A statement of changes in shareholders'/partners' equity (deficit) for the following periods:

  (i) For the initial report:

        a. the period between the end of the preceding fiscal year and the end of
        the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

10. The balance sheet contained in Exhibit B-1 may include only major captions with the exception of inventories. Data as to raw materials, work in process, and finished goods inventories should be included either on the face of the balance sheet or in the notes to

Form 26 Instr. (12/08) – Cont. 3

the financial statements, if applicable. Where any major balance sheet caption is less than 10% of total assets, the caption may be combined with others. An illustrative example of such a balance sheet is set forth below:

XYZ Company
Balance Sheet
As of_____

Assets Year to date Prior Fiscal Year

Cash and cash items _____
Marketable securities _____
Accounts and notes receivable
(non-affiliates), net of allowances _____
Accounts due from affiliates _____
Inventories

     Raw materials _____
     Work in Process _____
     Finished goods _____
     Long-term contract costs _____
     Supplies _____
     LIFO reserve _____
          Total inventories _____

Prepaid expenses _____
Other current assets _____
     Total current assets _____
Securities of affiliates _____
Indebtedness of affiliates (non-current) _____
Other investments _____
Property, plant and equipment, net of
accumulated depreciation and amortization _____
Intangible assets _____
Other assets _____
     Total Assets _____

Liabilities and Shareholders'/Partners' Equity Year to date Prior Fiscal Year

Accounts and notes payable (non-affiliates) _____
Payables to affiliates _____
Other current liabilities _____

                                         Total current
                                         liabilities

Form 26 Instr. (12/08) — Cont. 4

Bonds, mortgages, and other long-term debt,
including capitalized leases _____
Indebtedness to affiliates (non-current) _____
Other liabilities _____
Commitments and contingencies _____
Deferred credits _____
Minority interests in consolidated subsidiaries _____
Preferred stock subject to mandatory redemption
or whose redemption is outside the control
of the issuer _____
      Total liabilities _____
Shareholders' equity _____
    Total liabilities and shareholders'/partners' equity _____

11. The statement of income (loss) contained in Exhibit B-2 should also include major captions. When any major statement of income (loss) caption is less than 15% of net income (loss) for the most recent fiscal year, the caption may be combined with others. Notwithstanding these tests, de minimis amounts need not be shown separately. An illustrative example of such a statement of income (loss) is set forth below:

XYZ Company

Statement of income (loss)<br>For the periods ending _____

| | Year to date | Prior Fiscal Year |
|---|---|---|

Net sales and gross revenues _____
Costs and expenses applicable to sales and revenues _____
    Gross profit _____
Selling, general, and administrative expenses _____
Provision for doubtful accounts _____
Other general expenses _____
    Operating income (loss) _____
Non-operating income (loss) _____
Interest and amortization of debt discount _____
Non-operating expenses _____

                              Income or loss before
                              income tax expense

Income tax expense _____
Minority interest in income of
consolidated subsidiaries _____
Equity in earnings of unconsolidated subsidiaries
Form 26 Instr. (12/08) — Cont. 5

and 50 per cent or less owned persons _____
     Income or loss from continuing operations _____
Discontinued operations _____
Income or loss before extraordinary items and
cumulative effects of changes in
accounting principles _____
Extraordinary items, net of tax _____
Cumulative effects of changes in
accounting principles _____
     Net income (loss) _____
     Earnings per share data _____

12. The statement of cash flows in Exhibit B-3 may be abbreviated, starting with a single figure of funds provided by operations and showing other changes individually only when they exceed 10% of the average of funds provided by operations for the most recent fiscal year. Notwithstanding this test, de minimis amounts need not be shown separately. An illustrative example of such a statement of cash flows is set forth below:

XYZ Company

Statement of cash flows
For the periods ending_____

                                       Year to date   Prior Fiscal Year

Net cash provided (used) by operating activities _____
Cash flows from investing activities
     Capital expenditures _____
     Sale of _____ _____
     Other (describe) _____
     Net cash provided (used) in investing
          activities _____
Cash flows provided (used) by financing activities
     Net borrowings under line-of-credit _____
     Principal payments under capital leases _____
     Proceeds from issuance of long-term debt _____
     Proceeds from sale of stock _____

     Dividends paid/Partner Distributions _____
Net cash provided (used)
     in financing activities _____
Net increase (decrease) in cash and cash equivalents _____
Cash and cash equivalents

Form 26 Instr. (12/08) – Cont. 6

16. In addition to the financial statements required above, entities in the development stage should provide the cumulative financial statements (condensed to the same degree as allowed above) and disclosures required by Statement of Financial Accounting Standards No. 7, "Accounting and Reporting by Development Stage Enterprises," to the date of the latest balance sheet presented.

Instructions for Exhibit C – Description of Operations

17. The description of operations contained in Exhibit C of this Form should describe the nature and extent of the estate's interest in the entity, as well as the business conducted by and intended to be conducted by the entity, focusing on the entity's dominant business segment(s) including, but not limited to the following as applicable:

- · Principal product produced or services rendered and methods of distribution
- · Description of the status of a new product or segment if a public announcement has been made or information publicly disseminated
- · Sources and availability of raw materials
- · Any significant patents, trademarks, licenses, franchises, and concessions held
- · Seasonality of the business
- · Dependence upon a single customer or a few customers
- · Dollar amount of backlog orders believed to be firm
- · Exposure to renegotiation or redetermination or termination of significant contracts
- · Competitive conditions facing the entity
- . Description of properties owned
- . Significant legal proceedings
- . Material purchase commitments
- . Identified trends events or uncertainties that are likely to have a material impact on the entity's short-term liquidity, net sales, or income from continuing operations

18. The source preparer of the information should be indicated.

| 04/04/2017 | 6078 | ELECTRONIC CHECK | 532.26 | | 20,737.17 |
|---|---|---|---|---|---|
| 04/04/2017 | 6077 | ELECTRONIC CHECK | 1,000.23 | | 21,269.43 |
| 04/04/2017 | 6076 | ELECTRONIC CHECK | 1,844.57 | | 22,269.66 |
| 04/04/2017 | 6017 | ELECTRONIC CHECK | 400.00 | | 24,114.23 |
| 04/04/2017 | | PREAUTHORIZED DEBIT CLARO PUERTO RIC CLAROMMP 170403 | 57.48 | | 24,514.23 |
| 04/04/2017 | | PREAUTHORIZED DEBIT CLARO PUERTO RIC CLAROMMP 170403 | 57.48 | | 24,571.71 |
| 04/04/2017 | | PREAUTHORIZED DEBIT CLARO PUERTO RIC CLAROMMP 170403 | 44.09 | | 24,629.19 |
| 04/04/2017 | | PREAUTHORIZED DEBIT TRIBUNE COMPANY HOMEDLVRY 170404 | 2.40 | | 24,673.28 |
| 04/04/2017 | | PREAUTHORIZED DEBIT WEB_AEE WEB PAGE WEB PMTS 170401 | 8.33 | | 24,675.68 |
| 04/04/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55432867 FSI*PEOPLES ENERGY RES 866-556-6 WI TRAN DATE 04-03-17 XXXXXXXXXXXX0922 | 526.27 | ✓ | 24,684.01 |
| 04/04/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 05436847 BROOK ELECTRIC - D RAKE CHICAGO IL TRAN DATE 04-03-17 XXXXXXXXXXXX0922 | 574.64 ✓ | | 25,210.28 |
| 04/03/2017 | | PREAUTHORIZED DEBIT PAYPAL ECHECK 170403 | 65.00 | | 25,784.92 |
| 04/03/2017 | | PREAUTHORIZED DEBIT MACYS ONLINE PMT 170403 | 30.00 | | 25,849.92 |
| 04/03/2017 | | PREAUTHORIZED DEBIT WalMart CC WM EPAY 170403 | 45.00 | | 25,879.92 |
| 04/03/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170403 | 40.00 | | 25,924.92 |
| 04/03/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170403 | 40.00 | | 25,964.92 |
| 04/03/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170403 | 30.00 | | 26,004.92 |
| 04/03/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 85130737 TOTALCARD888257108 0 888-25710 SD TRAN DATE 04-02-17 XXXXXXXXXXXX0922 | 37.00 | | 26,034.92 |
| 04/03/2017 | | ATM WITHDRAWAL CASH WITHDRAWAL TERMINAL T642215 3956 W. NORTH AVE CHICAGO IL TRAN DATE 04-02-17 XXXXXXXXXXXX0922 | 200.00 | | 26,071.92 |
| 04/03/2017 | | POS PURCHASE POS PURCHASE TERMINAL 35324502 MNRD-NTH&KSTNR CHICAGO IL TRAN DATE 04-01-17 XXXXXXXXXXXX0922 | 205.58 | | 26,271.92 |
| 04/03/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 75337007 QUALITY BUILDING S UPPL CHICAGO IL TRAN DATE 03-31-17 XXXXXXXXXXXX0922 | 125.57 | | 26,477.50 |
| 04/03/2017 | | ATM DEPOSIT DEPOSIT TERMINAL T642215 3956 W. NORTH AVE CHICAGO IL TRAN DATE 04-02-17 XXXXXXXXXXXX0922 | | 700.00 | 26,603.07 |
| 04/03/2017 | | DEPOSIT | | 6,400.00 | 25,903.07 |

| | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55431807 BURGER KING #10797 Q07 CHICAGO IL TRAN DATE 04-07-17 XXXXXXXXXXXX0922 | | | |
|---|---|---|---|---|---|
| 04/10/2017 | | PREAUTHORIZED CREDIT JPMorgan Chase QuickPay 170410 | | 300.00 | 2,667.12 |
| 04/10/2017 | | ATM DEPOSIT DEPOSIT TERMINAL T642225 1445 W. CHICAGO AV E. CHICAGO IL TRAN DATE 04-09-17 XXXXXXXXXXXX0922 | | 1,000.00 | 2,367.12 |
| 04/07/2017 | | PREAUTHORIZED DEBIT HONG KONG YEE CHEN TECHNOLOGY LIMIT IAT PAYPAL 170407 | 4.49 | | 1,367.12 |
| 04/07/2017 | | PREAUTHORIZED DEBIT LAN MAN SHU IAT PAYPAL 170407 | 1.59 | | 1,371.61 |
| 04/07/2017 | | PREAUTHORIZED DEBIT AAA MOVIL AAAMMMP 170406 | 16.80 | | 1,373.20 |
| 04/07/2017 | | PREAUTHORIZED DEBIT AAA MOVIL AAAMMMP 170406 | 13.60 | | 1,390.00 |
| 04/07/2017 | | PREAUTHORIZED DEBIT PAYPAL INST XFER 170407 | 4.99 | | 1,403.60 |
| 04/07/2017 | | PREAUTHORIZED DEBIT COMED - WALLET A BILL PAY 170407 | 49.94 | | 1,408.59 |
| 04/07/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55446417 LP ELECTRICAL SUPP LY I 077328334 IL TRAN DATE 04-06-17 XXXXXXXXXXXX0922 | 13.17 | | 1,458.53 |
| 04/06/2017 | 6101 | ELECTRONIC CHECK | 700.00 | | 1,471.70 |
| 04/06/2017 | | PREAUTHORIZED DEBIT Credit One Bank Payment 170405 | 50.00 | | 2,171.70 |
| 04/06/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170406 | 30.00 | | 2,221.70 |
| 04/06/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55446417 LP ELECTRICAL SUPP LY I 077328334 IL TRAN DATE 04-05-17 XXXXXXXXXXXX0922 | 1,265.38 | | 2,251.70 |
| 04/05/2017 | | PREAUTHORIZED DEBIT IPFS866-412-2426 IPFSPMTILC 170405 118118 | 449.62 | | 3,517.08 |
| 04/05/2017 | | PREAUTHORIZED DEBIT ADVANCED DISPOSA WEB_PAY 170405 | 200.00 | | 3,966.70 |
| 04/05/2017 | | PREAUTHORIZED DEBIT ATT Payment 170405 | 62.75 | | 4,166.70 |
| 04/04/2017 | 6086 | ELECTRONIC CHECK | 1,773.91 | | 4,229.45 |
| 04/04/2017 | 6085 | ELECTRONIC CHECK | 1,171.14 | | 6,003.36 |
| 04/04/2017 | 6084 | ELECTRONIC CHECK | 3,083.84 | | 7,174.50 |
| 04/04/2017 | 6083 | ELECTRONIC CHECK | 5,595.00 | | 10,258.34 |
| 04/04/2017 | 6082 | ELECTRONIC CHECK | 288.46 | | 15,853.34 |
| 04/04/2017 | 6081 | ELECTRONIC CHECK | 2,935.11 | | 16,141.80 |
| 04/04/2017 | 6080 | ELECTRONIC CHECK | 1,373.06 | | 19,076.91 |
| 04/04/2017 | 6079 | ELECTRONIC CHECK | 287.20 | | 20,449.97 |

| 04/13/2017 | | PREAUTHORIZED DEBIT COMENITY PAY JT WEB PYMT 170413 | 50.00 | | | 961.22 |
|---|---|---|---|---|---|---|
| 04/13/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 05436847 BROOK ELECTRIC - D RAKE CHICAGO IL TRAN DATE 04-12-17 XXXXXXXXXXXX0922 | 1,254.28 | | | 1,011.22 |
| 04/13/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55432867 APL* ITUNES.COM/BI LL 866-712-7 CA TRAN DATE 04-12-17 XXXXXXXXXXXX0922 | 2.99 | | | 2,265.50 |
| 04/12/2017 | | PREAUTHORIZED DEBIT PEOPLES GAS, LIG BILL PAYMT 051400507411897 | 113.30 | | | 2,268.49 |
| 04/12/2017 | | PREAUTHORIZED DEBIT Credit One Bank Payment 170411 | 64.03 | | | 2,381.79 |
| 04/12/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170412 | 50.00 | | | 2,445.82 |
| 04/12/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170412 | 35.00 | | | 2,495.82 |
| 04/12/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55309597 PARK CHICAGO MOBIL E 087724279 IL TRAN DATE 04-11-17 XXXXXXXXXXXX0922 | 20.00 | | | 2,530.82 |
| 04/12/2017 | | PREAUTHORIZED CREDIT SSA TREAS 310 XXSOC SEC 170412 | | | 894.00 | 2,550.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT MONEYGRAM INTERNET 170411 | 188.00 | | | 1,656.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT PAYMENT FOR AMZ STORECARD 170411 | 100.00 | | | 1,844.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170411 | 320.00 | | | 1,944.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT FPB CR CARD INTERNET 170411 | 75.00 | | | 2,264.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170411 | 50.00 | | | 2,339.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT FPB CR CARD VRU 170411 | 34.00 | | | 2,389.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT FPB CR CARD VRU 170411 | 32.00 | | | 2,423.82 |
| 04/11/2017 | | PREAUTHORIZED DEBIT COMENITY PAY JT WEB PYMT 170411 | 30.00 | | | 2,455.82 |
| 04/11/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 05436847 BROOK ELECTRIC - D RAKE CHICAGO IL TRAN DATE 04-10-17 XXXXXXXXXXXX0922 | 63.81 | | | 2,485.82 |
| 04/10/2017 | | POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM SEATTLE WA TRAN DATE 04-10-17 XXXXXXXXXXXX0922 | 27.97 | | | 2,549.63 |
| 04/10/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 75207757 CRAWFORD MATERIAL CO CHICAGO IL TRAN DATE 04-08-17 XXXXXXXXXXXX0922 | 62.60 | | | 2,577.60 |
| 04/10/2017 | | | 26.92 | | | 2,640.20 |

| | | | | | |
|---|---|---|---|---|---|
| | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170419 | | | |
| 04/19/2017 | | POS PURCHASE POS PURCHASE TERMINAL 35324509 MNRD-NTH&KSTNR CHICAGO IL TRAN DATE 04-19-17 XXXXXXXXXXXX0922 | 232.91 | | 13,909.70 |
| 04/19/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 25247707 ULTRAMOBILE/UNIVIS ION COSTA MES CA TRAN DATE 04-18-17 XXXXXXXXXXXX0922 | 21.04 | | 14,142.61 |
| 04/19/2017 | | PREAUTHORIZED CREDIT RAISER,LLC EDI PAYMNT REF*TN*0231868677\ | | 0.01 | 14,163.65 |
| 04/19/2017 | | POS DEPOSIT POS DEPOSIT TERMINAL 35324523 MNRD-NTH&KSTNR CHICAGO IL TRAN DATE 04-19-17 XXXXXXXXXXXX0922 | | 10.12 | 14,163.64 |
| 04/18/2017 | | PREAUTHORIZED DEBIT GEICO PREM COLL 170418 | 103.28 | | 14,153.52 |
| 04/18/2017 | | PREAUTHORIZED DEBIT Credit One Bank Payment 170416 | 30.00 | | 14,256.80 |
| 04/18/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE Online Pmt 170417 | 108.00 | | 14,286.80 |
| 04/18/2017 | | PREAUTHORIZED DEBIT MERRICK BANK COR MOBILE PAY 170418 | 65.00 | | 14,394.80 |
| 04/18/2017 | | PREAUTHORIZED DEBIT CAPITAL ONE MOBILE PMT 170418 | 38.00 | | 14,459.80 |
| 04/18/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 05436847 SAMS CLUB #6328 708-656-6 IL TRAN DATE 04-17-17 XXXXXXXXXXXX0922 | 88.42 | | 14,497.80 |
| 04/18/2017 | | DEPOSIT | | 12,700.00 | 14,586.22 |
| 04/17/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 05436847 CVS/PHARMACY #0874 0 CHICAGO IL TRAN DATE 04-15-17 XXXXXXXXXXXX0922 | 1.00 | | 1,886.22 |
| 04/17/2017 | | ATM WITHDRAWAL CASH WITHDRAWAL TERMINAL T642225 1445 W. CHICAGO AV E. CHICAGO IL TRAN DATE 04-15-17 XXXXXXXXXXXX0922 | 400.00 | | 1,887.22 |
| 04/17/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 55309597 PARK CHICAGO MOBIL E 087724279 IL TRAN DATE 04-14-17 XXXXXXXXXXXX0922 | 20.00 | | 2,287.22 |
| 04/17/2017 | | ATM DEPOSIT DEPOSIT TERMINAL T642225 1445 W. CHICAGO AV E. CHICAGO IL TRAN DATE 04-15-17 XXXXXXXXXXXX0922 | | 1,000.00 | 2,307.22 |
| 04/14/2017 | | PREAUTHORIZED DEBIT MERRICK BANK ONLINEPYMT 170414 | 50.00 | | 1,307.22 |
| 04/14/2017 | | PREAUTHORIZED CREDIT JPMorgan Chase QuickPay 170414 | | 900.00 | 1,357.22 |
| 04/13/2017 | | PREAUTHORIZED DEBIT Credit One Bank Payment 170412 | 100.00 | | 457.22 |
| 04/13/2017 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT 170413 | 404.00 | | 557.22 |

| | | PREAUTHORIZED DEBIT Credit One Bank Payment 170424 | | | |
|---|---|---|---|---|---|
| 04/25/2017 | | PREAUTHORIZED DEBIT FPB CR CARD INTERNET 170425 | 40.00 | | 6,673.95 |
| 04/24/2017 | 6100 | ELECTRONIC CHECK | 1,800.00 | | 6,713.95 |
| 04/24/2017 | 6022 | CHECK | 1,000.00 | | 8,513.95 |
| 04/24/2017 | 6021 | CHECK | 1,500.00 | | 9,513.95 |
| 04/24/2017 | | PREAUTHORIZED DEBIT FPB CR CARD INTERNET 170424 | 50.00 | | 11,013.95 |
| 04/24/2017 | | PREAUTHORIZED DEBIT MERRICK BANK COR ONLINEPYMT 170424 | 45.00 | | 11,063.95 |
| 04/24/2017 | | PREAUTHORIZED DEBIT FPB CR CARD INTERNET 170424 | 41.00 | | 11,108.95 |
| 04/24/2017 | | PREAUTHORIZED DEBIT COMED - WALLET A BILL PAY 170423 | 40.00 | | 11,149.95 |
| 04/24/2017 | | PREAUTHORIZED DEBIT FIRST SAVINGS PAYMENT 170424 | 35.00 | | 11,189.95 |
| 04/24/2017 | | PREAUTHORIZED DEBIT BK OF AMER VI/MC ONLINE PMT 170424 | 30.00 | | 11,224.95 |
| 04/24/2017 | | POS PURCHASE POS PURCHASE TERMINAL 03139670 NNT JOES HARDWARE 470 CHICAGO IL TRAN DATE 04-24-17 XXXXXXXXXXXX0922 | 19.73 | | 11,254.95 |
| 04/24/2017 | | BANK CARD PURCHASE MERCHANT PURCHASE TERMINAL 75207757 CRAWFORD MATERIAL CO CHICAGO IL TRAN DATE 04-22-17 XXXXXXXXXXXX0922 | 60.08 | | 11,274.68 |
| 04/21/2017 | | PREAUTHORIZED DEBIT VZ WIRELESS VE VZW WEBPAY 170421 | 168.40 | | 11,334.76 |
| 04/21/2017 | | PREAUTHORIZED CREDIT JPMorgan Chase QuickPay 170421 | | 300.00 | 11,503.16 |
| 04/20/2017 | | PREAUTHORIZED DEBIT Credit One Bank Payment 170419 | 50.00 | | 11,203.16 |
| 04/20/2017 | | PREAUTHORIZED DEBIT LEGACY VISA PYMT PAYMENT 170420 | 30.00 | | 11,253.16 |
| 04/20/2017 | | PREAUTHORIZED DEBIT ATT Payment 170420 | 234.39 | | 11,283.16 |
| 04/20/2017 | | PREAUTHORIZED DEBIT ATT Payment 170420 | 157.15 | | 11,517.55 |
| 04/20/2017 | | PREAUTHORIZED DEBIT CREDIT FIRST NA CFNA PYMT 170419 | 25.00 | | 11,674.70 |
| 04/19/2017 | 6020 | ELECTRONIC CHECK | 800.00 | | 11,699.70 |
| 04/19/2017 | 6019 | ELECTRONIC CHECK | 850.00 | | 12,499.70 |
| 04/19/2017 | | PREAUTHORIZED DEBIT LEGACY VISA PYMT PAYMENT 170419 | 35.00 | | 13,349.70 |
| 04/19/2017 | | PREAUTHORIZED DEBIT HARRIS NA HELP ALS 170418 | 500.00 | | 13,384.70 |
| 04/19/2017 | | | 25.00 | | 13,884.70 |

# SIMPLY FREE CHECKING, *1385

**All completed transactions from 04/01/2017 to 04/26/2017**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 04/26/2017 | 6114 | ELECTRONIC CHECK | 100.00 | | 3,222.32 |
| 04/26/2017 | 6113 | ELECTRONIC CHECK | 80.00 | | 3,322.32 |
| 04/26/2017 | 6112 | ELECTRONIC CHECK | 57.13 | | 3,402.32 |
| 04/26/2017 | 6111 | ELECTRONIC CHECK | 107.87 | | 3,459.45 |
| 04/26/2017 | 6110 | ELECTRONIC CHECK | 90.00 | | 3,567.32 |
| 04/26/2017 | 6109 | ELECTRONIC CHECK | 80.00 | | 3,657.32 |
| 04/26/2017 | 6108 | ELECTRONIC CHECK | 78.36 | | 3,737.32 |
| 04/26/2017 | 6107 | ELECTRONIC CHECK | 69.58 | | 3,815.68 |
| 04/26/2017 | 6106 | ELECTRONIC CHECK | 93.01 | | 3,885.26 |
| 04/26/2017 | 6105 | ELECTRONIC CHECK | 100.70 | | 3,978.27 |
| 04/26/2017 | 6104 | ELECTRONIC CHECK | 33.26 | | 4,078.97 |
| 04/26/2017 | | PREAUTHORIZED DEBIT CARRINGTON MORTGAGE 170426 | 639.00 | | 4,112.23 |
| 04/26/2017 | | PREAUTHORIZED DEBIT PAYPAL INST XFER 170426 | 7.50 | | 4,751.23 |
| 04/25/2017 | 6070 | ELECTRONIC CHECK | 750.00 | | 4,758.73 |
| 04/25/2017 | | PREAUTHORIZED DEBIT IPFS866-412-1821 IPFSPMTCAL 170425 314181 | 106.41 | | 5,508.73 |
| 04/25/2017 | | PREAUTHORIZED DEBIT FIRST SAVINGS PAYMENT 170425 | 40.00 | | 5,615.14 |
| 04/25/2017 | | PREAUTHORIZED DEBIT IPFS866-412-1821 IPFSPMTCAL 170425 299635 | 403.44 | | 5,655.14 |
| 04/25/2017 | | PREAUTHORIZED DEBIT IPFS866-412-1821 IPFSPMTCAL 170425 310767 | 228.74 | | 6,058.58 |
| 04/25/2017 | | PREAUTHORIZED DEBIT IPFS866-412-1821 IPFSPMTCAL 170425 311935 | 89.99 | | 6,287.32 |
| 04/25/2017 | | PREAUTHORIZED DEBIT AAA MOVIL AAAMMMP 170424 | 66.60 | | 6,377.31 |
| 04/25/2017 | | PREAUTHORIZED DEBIT IPFS866-412-1821 IPFSPMTCAL 170425 310827 | 65.81 | | 6,443.91 |
| 04/25/2017 | | PREAUTHORIZED DEBIT AAA MOVIL AAAMMMP 170424 | 23.71 | | 6,509.72 |
| 04/25/2017 | | PREAUTHORIZED DEBIT Credit One Bank Payment 170424 | 40.00 | | 6,533.43 |
| 04/25/2017 | | PREAUTHORIZED DEBIT COMENITY PAY JT WEB PYMT 170425 | 60.52 | | 6,573.43 |
| 04/25/2017 | | | 40.00 | | 6,633.95 |

| 04/03/2017 | DEPOSIT | | 15,725.00 | 19,503.07 |

Office of the U. S. Trustee
219 S. Dearborn St.
Suite 873
Chicago, IL 60604

312-886-5785

Page 1 of 1        Rev: 1/11

Account No.:  521-16-15759
Process Date:  04-05-17



**\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 170**
HERNANDEZ, MONSERRATE
2530 W AUGUSTA BLVD
CHICAGO, IL 60622-4560

**UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM**

See Instructions
On Reverse Side

| Date | Description | Amount |
|---|---|---|
| 01-05-17 | Balance Forward | 650.00- |
| 03-28-17 | Payment from Lock Box | 325.00- |
| 03-28-17 | Payment from Lock Box | 325.00- |
| 03-28-17 | Payment from Lock Box | 325.00- |
| 03-28-17 | Payment from Lock Box | 325.00- |
| 03-28-17 | Payment from Lock Box | 325.00- |
| 04-05-17 | Quarter 1, 2017 Fee Due {Disbursements = $10,815.} (6) | 325.00 |
| 04-05-17 | Adjustment for delinquent operating reports | 1,950.00 |
| | Estimated Balance Due Based On Disbursement Record | .00 |

Fee estimated based on available disbursements data.